BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
JALAPA SHIPPING LIMITED
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JALAPA SHIPPING LIMITED,

    Plaintiffs,

 -against-

SUNDERSONS LTD., MILAN NIGERIA LTD.,
SIMRAN MEHER LTD. and VALECHHA
HOLDINGS LIMITED,

    Defendants.
------------------------------------------------------------X

07 Civ 8715 (RS)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, JALAPA SHIPPING LIMITED, certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
   October 9, 2007

              BROWN GAVALAS & FROMM LLP
              Attorneys for Plaintiff
              JALAPA SHIPPING LIMITED

           By: _____
              Peter Skoufalos (PS-0105)
              355 Lexington Avenue
              New York, New York 10017
              212-983-8500