UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/07
```

JALAPA SHIPPING LIMITED,

                Plaintiff,

-against-

SUNDERSONS LTD. et al.,

                Defendants.

07 Civ. 8715 (RJH)

**ORDER**

Non-party Conti-Agro Nigeria Limited has, by letter to the Court dated November 19, 2007, claimed an interest in funds attached pursuant to this Court's October 22, 2007, Order. Pursuant to Supplemental Admiralty Rule E(4)(f), the Court orders that a hearing shall be held on Friday, December 28, 2007, at 10:00 a.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
       December 14, 2007

                                          Richard J. Holwell
                                          United States District Judge