12/28/2007  11:56                                                                      NO.430  P002



BLANK ROME LLP
COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

Phone:  (212) 885-5270
Fax:    (917) 332-3795
Email:  TBelknap@BlankRome.com

DEC 28 2007

December 27, 2007

BY FAX (212) 805-4674

Honorable Richard J. Holwell
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1950
New York, NY 10007

Application Granted. The conference scheduled for Dec. 28, 2007 is adjourned until Thursday, January 3, 2008 at 3:00 PM.

SO ORDERED:
Date: 12/28/07
Richard J. Holwell, U.S.D.J.

        Re:   Jalapa Shipping Limited v. Sundersons Ltd. et al., 07 cv 8715 (RJH)
              Our Ref.: 1284226-00601

Dear Judge Holwell:

We refer to our letter this morning and our subsequent telephone conversation with Your Honor's Clerk, Marilyn, during which she advised us of certain times during January 2nd or 3rd when the Court would be available for the hearing in this matter. We have conferred with plaintiff's counsel and confirm that both parties are available between 2:30 p.m. and 4:00 p.m. on January 3rd and respectfully request that the hearing in this matter be adjourned until that time.

We thank the Court for its attention to this matter.

                                                Respectfully submitted,

                                                Thomas H. Belknap, Jr.

cc: (by e-mail):

    Peter Skoufalos, Esq., counsel for plaintiff