BLANK ROME, LLP
Attorneys for Non-party
CONTI-AGRO NIGERIA LIMITED
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
tel: (212) 885-5000
fax: (212) 885-5001
tbelknap@blankrome.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JALAPA SHIPPING LIMITED,

    Plaintiff,

-against-

SUNDERSONS LTD., et al.,

    Defendants.

07 Civ. 8715 (RJH)

**NOTICE OF RESTRICTED APPEARANCE**

---

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for non-party Conti-Agro Nigeria Limited, who appears by restricted appearance under Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and to receive ECF notices in this matter. I certify that I am admitted to practice before this Honorable Court.

128426.00602/6600681v.1

Dated:   New York, New York
         December 27, 2007

                                          BLANK ROME LLP
                                          Attorneys for Non-Party
                                          Conti-Agro Nigeria Limited

                                          By _____/s/_____
                                             Thomas H. Belknap, Jr. (TB-3188)
                                             The Chrysler Building
                                             405 Lexington Avenue
                                             New York, NY  10174-0208
                                             Tel.:  (212) 885-5000
                                             Fax:  (212) 885-5001
                                             tbelknap@blankrome.com