**EXHIBIT B**

# Anglomarine Shipping Ltd Uk

TO :MESSR CONTI AGRO NIGERIA LIMITED

REF:MV HONG PROSPERITY/ACCOUNT CONTI AGRO NIGERIA LIMITED CP DD 08.08.2007

--

-CARGO LOADED 18,150 MTS X USD 98.00                = USD 1,778,700

-LESS 2,50 ADDR COMMISSION    (USD  44,467.50)

-RECEIVED SO FAR

    AA.                           (USD 999,898.17)

    BB.                           (USD 199,951.00)

    CC.                           (USD 370,611.83)

------

                                        (USD 1,614,928.50)    = USD 1,778,700

THUS BALANCE AMOUNT DUE TO OWNERS USD 163,771.50

END

BEST REGARDS

```
< < < INTERNATIONAL MONEY TRANSFER > >

RCVD FROM DEUTSCHE BANK TRUST CO. AMERICAS280 PARK AVENUE
SENDER'S DDA #
                                    *** Message: NOT TESTED. ***

TRN REF #: 20070911-00049687
-------------------------------------------------------------------
   **** MESSAGE ENVELOPE ****              ( Bank : USN

                                         SND DATE: 07/09/11
SRC:CHP CALLER:                          EXT:

RPT#          AMT:163,730.50     CUR:USD RATE: 1.           TRDR#
TEST: {} DUE:                    TYP:FTR/    FNDS:S CHG:DB:Y CD:Y COM:N CBL:N
-------------------------------------------------------------------
DBT P/0103                       CDT D/                      ADV:SWF
DEBIT VAL: 07/09/11              CREDIT VAL: 07/09/11
AMT:        163,730.50 CUR:USD   AMT:        163,730.50 CUR:USD
DEPT:727                         MARFIN EGNATIA BANK S.A.
DEUTSCHE BANK TRUST CO. AMERICAS 4, DANAIDON STR.
280 PARK AVENUE                  GR-546 26 THESSALONIKI,GREECE
NEW YORK, N.Y. 10017             BNF:/.                     CHG:B BK?N
SNDR REF NUM:                    BULK MERCHANT CORPORATION SA
ORDERING BNK:S/PLNINGLA
PLATINUMHABIB BANK PLC
PLOT 707: ADEOLA HOPEWELL STREET ORIG TO BNF INFO:
LAGOS,NG                                        REF:MV HONG PROS
ORIG:                            PERITY
MILAN NIGERIA LTD


REF NUM:IBAN:


               CHIPS 31 - RECEIVE NOTIFICATION
[031] Receive Data:
      Format version:   02      Value date:  2007/09/11
      Line number:      01      Time sent:   13:10:34
      Send participant: 0103
      Duplicate flag:   1 (Original)
      SSN:           ISN:            OSN:
[221] Delivery Data:
      Receive participant: 0159
      Beneficiary type:    N (Non-bank)
[260] Amount:            $163730.50
[270] PSN:
[301] Charges deducted: BEN
      Instructed Amount : USD        163,771.50
[320] SWIFT field 20:
[321] SWIFT field 21:    IBAN:GR750280301
[412] Beneficiary's Bank:BEGNAGR2T                  (No CHIPS lookup)
                         MARFIN EGNATIA BANK S.A.
                         4,DANAIDON STREET
                         THESSALONIKI, GR 54626 GREECE
[422] Beneficiary:                                  (No CHIPS lookup)
                         BULK MERCHANT CORPORATION SA
[502] Originator:                                   (No CHIPS lookup)
                         MILAN NIGERIA LTD
[512] Originator's Bank: BPLNINGLA                  (No CHIPS lookup)
                         PLATINUMHABIB BANK PLC (FMR PLATINU
                         AT:HEAD TREASURY,PMB 80054, V. I
                         PLOT 707 ADEOLA HOPEWELL ST
                         LAGOS NIGERIA
```

```
[600] Orig to Benef info:              , REF:MV HONG PROS
                             PERITY

     MESSAGE HISTORY SEQUENCE
     ---------------------------------
USN is the owning bank. Priority:   Delivery ACK:
         REF_INDEX          REF #: 2007091100049687  11-SEP-2007 13:10:36.05
         CHIPSIN1           SEQ #: 8983 11-SEP-2007 13:10:36.05
         CHIPSIN            SEQ #: 8979 11-SEP-2007 13:10:36.05
         CHIPSRCV           AMT:            163730.50 ORIG OSN:    8979 PAR: 0103
                            SSN:         PSN:         VERSION:  0
         CHIPSOSN           PSN:         AMT:           163730.50
         CHIPS_IN           AMT: 163730.50 TIME: 11-SEP-2007 13:10:36.05
         CHIPSSSN           SEQ #: 275251 11-SEP-2007 13:10:36.05
         Memo: CHIPS TIME: 131034
         CHIPSINQ     DEQ
         CHPIN_LOG          AMT: 163730.50 TIME: 11-SEP-2007 13:10:36.19
         SENDREFNDX         KEY:
         SYS_MEMO           *CVD:999 DVD:999 PSD:12 SSD:--- DBD:1 CBD:1
         *SYS_MEMO          Stop_Check msg routed to EXTERNAL STOP SERVER 11-SEP
-2007 13:10:36.23
         *SYS_MEMO          *MRH/*MR/MAP/   /Y/$$$MAP
         *DDA_INQ_DBT       INQ_DBT  AMOUNT: 163730.50
         *DDA_INQ_CDT       INQ_CDT  AMOUNT: 163730.50
         ISX_OUTQ     DEQ
         ISX_PNDDLVQ        ENQ SEQ: 831000  11-SEP-2007 13:10:37.30 REF:
                            2007091100049687
         ISX1_SRF           KEY:
         ISX1_OUT           SEQ #: 831000 11-SEP-2007 13:10:37.30 Info:
1100049687831000       F
         ISX1_SND           SEQ #: 831000 11-SEP-2007 13:10:37.30 Info:
1100049687831000       F
         ISX1_ACK           SEQ #: 831000 11-SEP-2007 13:10:37.35 Info:
1100049687831000       +
```