# EXHIBIT "A"

BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

November 20, 2007

**BY HAND**

Honorable Richard J. Holwell
United States District Judge
500 Pearl Street, Room 1950
New York, New York 10007

Re:   Jalapa Shipping Limited v. Sundersons Ltd., et al.
      07 Civ. 8715 (RJH)
      Our File No.: 1593.0003

Dear Judge Holwell:

We are counsel for the plaintiff in the referenced matter. We write to respond to Mr. Belknap's letter to the Court dated November 19, 2007, a copy of which we received yesterday afternoon at about 4:15 p.m.

Mr. Belknap represents Conti-Agro Nigeria Limited ("Conti-Agro"), a company which Mr. Belknap describes as "in the same corporate family as the defendants in this action." The defendants in this action include the defendant Milan Nigeria Ltd. ("Milan Nigeria").

Beside the present action, Milan Nigeria is/has been a defendant in at least two other Rule B attachment actions filed in the Southern District of New York this year: (1) *Allied Maritime Inc., et al. v. Milan Nigeria Limited*, 07 Civ 3522 (KPC) (sole defendant) ("the Allied Maritime Action") and (2) *Cruiser Shipping Pte. Ltd., et al v. Sundersons Ltd., et al.*, 07 Civ. 4036 (JGK) (multiple defendants) ("the Cruiser Shipping Action").[1]

---

[1] Mr. Belknap, who now represents Conti-Agro, was counsel for the plaintiff in the Allied Maritime Action. Our firm represents the plaintiff in the Cruiser Shipping Action.

BROWN GAVALAS & FROMM LLP

Honorable Richard J. Holwell
United States District Judge
November 20, 2007
Page 2

The present action was filed on October 9, 2007 and sought an attachment of the property of the defendants, including Milan Nigeria, in the amount of $400,250.55. Your Honor authorized attachment in that amount in an Order dated October 10, 2007 and in an amended Order dated October 22, 2007.[2] It is the plaintiff's position in the present action that the sum of $163,730.50 is property of defendant Milan Nigeria and has been duly attached pursuant to the aforementioned Orders of this Court.

The contention by Conti-Agro that these funds are its property and not that of Milan Nigeria is highly disingenuous and is belied by Conti-Agro's own behavior. The Court should note that the electronic fund transfer of $163,730.50 was first restrained by American Express Bank Ltd. ("AEBL") in the Allied Maritime Action on or about September 11, 2007. These funds remained under attachment in the Allied Maritime Action through September 28, 2007 when the action was voluntarily dismissed. *As far as we are aware, at no time did Cont-Agro appear in the Allied Maritime Action to argue that the attached funds were its property and not that of Milan Nigeria, or to seek a vacatur of the subject attachment.*[3]

Nor did Conti-Agro appear in the Cruiser Shipping Action to dispute the attachment of the funds pursuant to Judge Koeltl's order of attachment in that case. The plaintiff in the Cruiser Shipping Action was first notified of the attachment of the $163,730.50 on September 12, 2007. Attached hereto as Exhibit "A" is an email dated September 14, 2007 from AEBL's counsel confirming the earlier notice of September 12th. As can be seen, AEBL's email also enclosed an International Money Transfer confirmation reflecting Milan Nigeria as the originator of the electronic fund transfer of $163,730.50.

Notice of the attachment by AEBL in the Cruiser Shipping Action was given to Milan Nigeria on September 13, 2007 (Exhibit "B" attached hereto). It was not until September 19, 2007 that we were first advised by AEBL that yet another bank, Deutsche Bank, had been advised "that the remitting bank, Platinumhabib Bank PLC, inadvertently named Milan Nigeria LTD as the originator of this transaction." (Exhibit "C").[4] We

---

[2] The amended Order (i) included the defendant Valechha Holdings Ltd. in the caption and (ii) included garnishee Deutsche Bank among the list of garnishees in the body of the Order.

[3] Of course, the voluntary dismissal of the Allied Maritime Action did not result in the release of the $163,730.50 attached by AEBL on September 11th, since these same funds were subject to Judge Koeltl's order of attachment in the Cruiser Shipping Action and pursuant to this Court's Orders in the present action.

[4] Platinumhabib Bank PLC is also Milan Nigeria's main banker. Therefore, it is difficult to evaluate the extent to which the belated notice of an alleged error received from that bank maybe nothing more than a favor to a good customer.

BROWN GAVALAS & FROMM LLP

Honorable Richard J. Holwell
United States District Judge
November 20, 2007
Page 3

immediately contacted AEBL and advised that it was plaintiff's position that these funds remained subject to Judge Koeltl's order of attachment in the Cruiser Shipping Action. *As far as we are aware, at no time did Cont-Agro appear in the Cruiser Shipping Action to argue that the attached funds were its property and not that of Milan Nigeria, or to seek a vacatur of the subject funds.*

Finally, plaintiff objects to Conti-Agro's effort to sidestep the procedures provided for in the Supplemental Admiralty Rules applicable to Rule B attachments. Supplemental Rule E(4)(f) provides that "any person claiming an interest" in property is entitled to a prompt hearing. Conti-Agro should be required to comply with this rule so as to allow plaintiff a full and complete opportunity to respond and to present additional evidence in opposition to the request to release the attached funds.

We thank the Court for its consideration.

Respectfully,

BROWN GAVALAS & FROMM LLP

Peter Skoufalos

PS/ag
Enclosures

cc:  (via email)
     Blank Rome LLP
     Attn.: Thomas H. Belknap, Jr., Esq.

     Zeichner Ellman & Krause LLP
     Attn.: Barry J. Glickman, Esq.

# EXHIBIT "A"

**Peter Skoufalos**

| | |
|---|---|
| From: | Martha M. Fletcher [MFletcher@zeklaw.com] |
| Sent: | Friday, September 14, 2007 2:01 PM |
| To: | 'pskoufalos@browngavalas.com' |
| Cc: | Barry J. Glickman |
| Subject: | RE: Cruiser Shipping Pte. Ltd. et al v. Sundersons Ltd., et al., Case 07-CV-04036 (JGK) [ORef.: 1593.0001] |
| Attachments: | TRN 070911-49687.pdf |


TRN
911-49687.pdf (79

Mr. Skoufalos:

Per your request, please find attached the wire instructions for TRN 070911-49687 in connection with the above-referenced matter. Please let me know if you have any questions.

Martha Fletcher
Paralegal
On behalf of Barry Glickman, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
(212) 826-5351 (telephone)
(212) 753-0396 (facsimile)
e-mail: mfletcher@zeklaw.com
www.zeklaw.com

This transmission, together with any attachments, is confidential, intended for only the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, you are hereby notified that any use, dissemination, distribution or copying of this message, or any attachment, is strictly prohibited.

If you have received this message in error, please immediately contact the sender and delete this e-mail and any attachments from your computer. Thank you.

From:   Peter Skoufalos [mailto:pskoufalos@browngavalas.com]
Sent:   Friday, September 14, 2007 12:20 PM
To:     Martha M. Fletcher
Cc:     Barry J. Glickman

Subject:  Cruiser Shipping Pte. Ltd. et al v. Sundersons Ltd., et al., Case 07-CV-04036 (JGK) [ORef.: 1593.0001]

Martha,

I would be grateful if you could get back to me on my inquiry of this morning on the referenced matter.

Peter Skoufalos
Brown Gavalas & Fromm LLP
355 Lexington Avenue, 4th Floor
New York, New York 10017-6603

Tel.:  212 983-8500
Fax:  212 983-5946
Mob.: 917 686-3600

pskoufalos@browngavalas.com <blocked::mailto:pskoufalos@browngavalas.com>
www.browngavalas.com <blocked::http://www.browngavalas.com/>

---

This electronic mail transmission contains information from the law firm of Brown Gavalas & Fromm LLP, which may be privileged or confidential. The information contained herein is for the exclusive use of the addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us by telephone (212 983-8500) or by electronic mail.

```
< < < INTERNATIONAL MONEY TRANSFER > >

RCVD FROM DEUTSCHE BANK TRUST CO. AMERICAS280 PARK AVENUE
SENDER'S DDA #
                                    *** Message: NOT TESTED. ***
TRN REF #: 20070911-00049687

  **** MESSAGE ENVELOPE ****
                                          ( Bank : USN

SRC:CHP CALLER:                           SND DATE: 07/09/11
                                          EXT:
RPT#        AMT:163,730.50
TEST: {} DUE:                   CUR:USD RATE: 1.          TRDR#
                                TYP:FTR/   FNDS:S CHG:DB:Y CD:Y COM:N CBL:N
DBT P/0103
DEBIT VAL: 07/09/11                 CDT D/       /              ADV:SWF
AMT:         163,730.50 CUR:USD     CREDIT VAL: 07/09/11
DEPT:727                            AMT:         163,730.50 CUR:USD
DEUTSCHE BANK TRUST CO. AMERICAS    MARFIN EGNATIA BANK S.A.
280 PARK AVENUE                     4, DANAIDON STR.
NEW YORK, N.Y. 10017                GR-546 26 THESSALONIKI,GREECE
SNDR REF NUM:                       BNF:/.                      CHG:B BK?N
ORDERING BNK:S/PLNINGLA             BULK MERCHANT CORPORATION SA
PLATINUMHABIB BANK PLC
PLOT 707: ADEOLA HOPEWELL STREET
LAGOS,NG                            ORIG TO BNF INFO:
ORIG:                                           REF:MV HONG PROS
MILAN NIGERIA LTD                   PERITY


REF NUM:IBAN:


                CHIPS 31 - RECEIVE NOTIFICATION
[031] Receive Data:
       Format version:    02    Value date:   2007/09/11
       Line number:       01    Time sent:    13:10:34
       Send participant:  0103
       Duplicate flag:    1 (Original)
       SSN:          ISN:             OSN:
[221] Delivery Data:
       Receive participant: 0159
       Beneficiary type:    N (Non-bank)
[260] Amount:              $163730.50
[270] PSN:
[301] Charges deducted:    BEN
      Instructed Amount :  USD          163,771.50
[320] SWIFT field 20:
[321] SWIFT field 21:
[412] Beneficiary's Bank: IBAN:GR750280301
                         BEGNAGR2T
                         MARFIN EGNATIA BANK S.A.        (No CHIPS lookup)
                         4,DANAIDON STREET
[422] Beneficiary:       THESSALONIKI, GR 54626 GREECE
                         BULK MERCHANT CORPORATION SA    (No CHIPS lookup)
[502] Originator:
                         MILAN NIGERIA LTD               (No CHIPS lookup)
[512] Originator's Bank: BPLNINGLA
                         PLATINUMHABIB BANK PLC (FMR PLATINU (No CHIPS lookup)
                         AT:HEAD TREASURY,PMB 80054, V. I
                         PLOT 707 ADEOLA HOPEWELL ST
                         LAGOS NIGERIA
```

```
[600] Orig to Benef info:                            ., REF:MV HONG PROS
                              PERITY

        MESSAGE HISTORY SEQUENCE
---------------------------------
USN is the owning bank. Priority:    Delivery ACK:
          REF_INDEX       REF #: 2007091100049687  11-SEP-2007 13:10:36.05
          CHIPSIN1        SEQ #: 8983 11-SEP-2007 13:10:36.05
          CHIPSIN         SEQ #: 8979 11-SEP-2007 13:10:36.05
          CHIPSRCV        AMT:
                                      163730.50ORIG OSN:  8979 PAR: 0103
          CHIPSOSN        SSN:       PSN:         VERSION:  0
          CHIPS_IN         PSN:        AMT:            163730.50
          CHIPSSSN        AMT: 163730.50 TIME: 11-SEP-2007 13:10:36.05
          Memo: CHIPS TIME:  SEQ #: 275251 11-SEP-2007 13:10:36.05
          CHIPSINQ      DEQ  131034
          CHPIN_LOG
          SENDREFNDX      AMT: 163730.50 TIME: 11-SEP-2007 13:10:36.19
          SYS_MEMO        KEY:
          *SYS_MEMO       *CVD:999 DVD:999 PSD:12 SSD:--- DBD:1 CBD:1
 -2007 13:10:36.23        Stop_Check msg routed to EXTERNAL STOP SERVER 11-SEP
          *SYS_MEMO
          *DDA_INQ_DBT    *MRH/*MR/MAP/   /Y/$$$MAP
          *DDA_INQ_CDT    INQ_DBT  AMOUNT: 163730.50
          ISX_OUTQ    DEQ INQ_CDT  AMOUNT: 163730.50
          ISX_PNDDLVQ ENQ SEQ: 831000  11-SEP-2007 13:10:37.30REF:
                            2007091100049687
          ISX1_SRF        KEY:
          ISX1_OUT        SEQ #: 831000 11-SEP-2007 13:10:37.30 Info:
1100049687831000    F
          ISX1_SND        SEQ #: 831000 11-SEP-2007 13:10:37.30 Info:
1100049687831000    F
          ISX1_ACK        SEQ #: 831000 11-SEP-2007 13:10:37.35 Info:
1100049687831000    +
```

# EXHIBIT "B"

## Peter Skoufalos

**From:** Peter Skoufalos [pskoufalos@browngavalas.com]
**Sent:** Thursday, September 13, 2007 4:20 PM
**To:** 'Vikram Valechha'
**Subject:** Cruiser Shipping Pte. Ltd. et al v. Sundersons Ltd., et al., Case 07-CV-04036 (JGK) [ORef.: 1593.0001]

**Attachments:** Second Amended Verified Complaint0001.pdf; Koeltl 2nd Amend. Order 9-6-070002.pdf.pdf

 

Second Amended    Koeltl 2nd Amend.
Verified Compla...   Order 9-6-07...

Dear Mr. Valechha,

With regard to the defendant, Milan Nigeria Ltd., this is to notify you of an attachment in the amount of US $163,730.50 by American Express Bank Ltd. pursuant to the order of attachment issued by Judge Koeltl in the referenced matter. This action, as you know, is now pending in the Southern District of New York.

A copy of the second amended verified complaint and second amended order dated Sept. 6, 2007, are attached.

Please do no hesitate to contact me if you require any further information concerning this notice.

**Peter Skoufalos**
Brown Gavalas & Fromm LLP
355 Lexington Avenue, 4th Floor
New York, New York 10017-6603

Tel.: 212 983-8500
Fax: 212 983-5946
Mob.: 917 686-3600

pskoufalos@browngavalas.com
www.browngavalas.com

This electronic mail transmission contains information from the law firm of Brown Gavalas & Fromm LLP, which may be privileged or confidential. The information contained herein is for the exclusive use of the addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us by telephone (212 983-8500) or by electronic mail.

# EXHIBIT "C"

## Peter Skoufalos

**From:** Martha M. Fletcher [MFletcher@zeklaw.com]
**Sent:** Wednesday, September 19, 2007 4:27 PM
**To:** 'pskoufalos@browngavalas.com'
**Cc:** Barry J. Glickman
**Subject:** FW: Cruiser Shipping Pte. Ltd. et al v. Sundersons Ltd., et al., Case 07-CV-04036 (JGK) [ORef.: 1593.0001]

Mr. Skoufalos:

Further to our telephone conversation today concerning the referenced matter, the following is a portion of a SWIFT message from Deutsche Bank Trust Co. Americas to American Express Bank in which it explains that the remitting bank, Platinumhabib Bank PLC, inadvertently named Milan Nigeria LTD as the originator of this transaction (TRN 070911-49687) when, in fact, the true originator is Conti-Agro Nigeria Limited. Please let us know if you need additional information.

Quality has received the below swift message, please advise:

:20:070912 604641
:21:AEB0725501203
:76:.
.79.IN REFERENCE TO YOUR MESSAGE DD 09/12/07 UNDER REFERENCE AEB0725501203 WE REFER TO SSN DATED 09/11/07 FOR USD 163,730.50 BY ORDER OF PLATINUMHABIB BANK PLC (FMR PLATINU LAGOS, NIGERIA .
AS REQUESTED THE FOLLOWING ARE CORRECTED DETAILS AS CONFIRMED BY THE REMITTING BANK PLATINUMHABIB BANK PLC REGARDING THE ABOVE REFERENCED TRANSACTION:QUOTE:KINDLY AMEND TAG 50K TO READ:CONTI-AGRO NIGERIA LIMITED ACCOUNT NUMBER:107102000300 WITH PLATINUM HABIB BANK PLC.

ALSO AMEND TAG 70 TO READ:PURPOSE:PAYMENT OF FREIGHT FOR MV HONG PROPERITY ALL OTHER TERMS REMAIN SAME .
PLEASE TREAT AS URGENT, AS ERROR IS FROM THE BANK THANKS FOR YOUR CO-OPERATION.
END QUOTE
PLEASE AVOID DUPLICATION. PLEASE CONFIRM IF FUNDS WILL AND OR NOT BE RELEASE CONCERNING THIS AMENDMENT REQUEST NO INDEMNITY IMPLIED.

PLEASE QUOTE OUR REFERENCE NUMBER, 070912604641 IN ALL FUTURE CORRESPONDENCE RELATING TO THIS CASE.

REGARDS, ROY BOOTH PAYMENT INVESTIGATIONS


Martha Fletcher
Paralegal
On behalf of Barry Glickman, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
(212) 826-5351 (telephone)
(212) 753-0396 (facsimile)
e-mail: mfletcher@zeklaw.com
www.zeklaw.com

11/20/2007

This transmission, together with any attachments, is confidential, intended for only the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, you are hereby notified that any use, dissemination, distribution or copying of this message, or any attachment, is strictly prohibited.

If you have received this message in error, please immediately contact the sender and delete this e-mail and any attachments from your computer. Thank you.

-----Original Message-----
From: Martha M. Fletcher
Sent: Friday, September 14, 2007 2:01 PM
To: 'pskoufalos@browngavalas.com'
Cc: Barry J. Glickman
Subject: RE: Cruiser Shipping Pte. Ltd. et al v. Sundersons Ltd., et al., Case 07-CV-04036 (JGK) [ORef.: 1593.0001]

Mr. Skoufalos:

Per your request, please find attached the wire instructions for TRN 070911-49687 in connection with the above-referenced matter. Please let me know if you have any questions.

Martha Fletcher
Paralegal
On behalf of Barry Glickman, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
(212) 826-5351 (telephone)
(212) 753-0396 (facsimile)
e-mail: mfletcher@zeklaw.com
www.zeklaw.com


This transmission, together with any attachments, is confidential, intended for only the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, you are hereby notified that any use, dissemination, distribution or copying of this message, or any attachment, is strictly prohibited.

If you have received this message in error, please immediately contact the sender and delete this e-mail and any attachments from your computer. Thank you.


From:   Peter Skoufalos [mailto:pskoufalos@browngavalas.com]
Sent:   Friday, September 14, 2007 12:20 PM
To:     Martha M. Fletcher
Cc:     Barry J. Glickman
Subject:    Cruiser Shipping Pte. Ltd. et al v. Sundersons Ltd., et al., Case 07-CV-04036 (JGK) [ORef.: 1593.0001]

Martha,

I would be grateful if you could get back to me on my inquiry of this morning on the referenced matter.

Peter Skoufalos
Brown Gavalas & Fromm LLP
355 Lexington Avenue, 4th Floor


11/20/2007

New York, New York 10017-6603

Tel.: 212 983-8500
Fax: 212 983-5946
Mob.: 917 686-3600

pskoufalos@browngavalas.com <blocked::mailto:pskoufalos@browngavalas.com>
www.browngavalas.com <blocked::http://www.browngavalas.com/>

This electronic mail transmission contains information from the law firm of Brown Gavalas & Fromm LLP, which may be privileged or confidential. The information contained herein is for the exclusive use of the addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us by telephone (212 983-8500) or by electronic mail.

11/20/2007

**BROWN GAVALAS & FROMM LLP**

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

November 26, 2007

**BY HAND**

Honorable Richard J. Holwell
United States District Judge
500 Pearl Street, Room 1950
New York, New York 10007

Re:   Jalapa Shipping Limited v. Sundersons Ltd., et al.
      07 Civ. 8715 (RJH)
      Our File No.: 1593.0003

Dear Judge Holwell:

We are counsel for the plaintiff in the referenced matter.

We last wrote to the Court on Wednesday morning, November 21st, in response to correspondence sent by attorneys representing a non-party, Conti-Agro Nigeria Limited ("Conti-Agro"). Since our last letter, a further letter has been sent to the Court by Conti-Agro's attorneys and by counsel for the garnishee bank, American Express Bank Ltd. ("AEBL").

Initially, we wish to note again that the proper method of challenging a Rule B attachment is a motion under Supplemental Rule E(4)(f); not a flurry of letters sent to the Court on the eve of the Thanksgiving Day holiday. It is simply inappropriate for Conti-Agro to attempt to vacate a duly-ordered Rule B attachment without allowing plaintiff a full opportunity to respond in the form of affidavits and memoranda of law.

Second, Conti-Agro's arguments are, on their face, unconvincing. What is clear is that the defendant, Milan Nigeria Ltd. ("Milan Nigeria") and Conti-Agro are part of the same corporate group and may be using their corporate names interchangeably—perhaps

BROWN GAVALAS & FROMM LLP

Honorable Richard J. Holwell
United States District Judge
November 26, 2007
Page 2

for the sole purpose of avoiding Rule B attachments. Moreover, it is indeed plaintiff's position that Conti-Agro waived any right it may have had to contest the restraint of these funds by sitting on its hands in two prior actions in which these same funds ($163,730.50) were attached as property of Milan Nigeria. In essence, Milan Nigeria and Conti-Agro are relying on their alleged corporate "separateness" only when it is convenient to avoid a duly issued order of attachment from this Court.

The self-serving nature of Cont-Agro's current argument is also highlighted in the letter of AEBL's counsel to the Court dated November 21, 2007. As Mr. Glickman points out, the defendants in the present case and Conti-Agro have not always been consistent in maintaining a separate corporate identity. The defendants should not be rewarded for creating and then exploiting an ambiguous corporate affiliation with Conti-Agro.

Third, Conti-Agro itself need not be a named defendant for the subject funds to be subject to this Court's attachment order. "A plaintiff need not aver an alter-ego relationship in the Complaint for a Rule B attachment to be proper," *Essar Int'l Ltd. v. Martrade Gulf Logistics, FZCO*, 2007 U.S. Dist. LEXIS 61713 (SDNY 8/23/07), citing *Maersk, Inc. v. Neewra, Inc.*, 443 F.Supp. 2d 519, 527-30 (whether grounds exist for Rule B attachment not limited to allegations of Complaint).

In the present case, the Court should find that, at a minimum, defendant Milan Nigeria has an interest in the attached funds and that these funds continue to be subject to the Court's attachment order in this case.

We thank the Court for its consideration and remain available to appear before Your Honor in regard to this matter.

Respectfully,

BROWN GAVALAS & FROMM LLP

Peter Skoufalos

PS/ag
Enclosures

BROWN GAVALAS & FROMM LLP

Honorable Richard J. Holwell
United States District Judge
November 26, 2007
Page 3

cc:   (via email)
      Blank Rome LLP
      Attn.: Thomas H. Belknap, Jr., Esq.

      Zeichner Ellman & Krause LLP
      Attn.: Barry J. Glickman, Esq.

BROWN GAVALAS & FROMM LLP