# EXHIBIT

# "C"

*CASTEL J*

BLANK ROME, LLP
Attorneys for Plaintiffs
ALLIED MARITIME INC. and
MARITIMA ALLIED PTE LTD.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

```
┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____  │
│ DATE FILED: 9/28/07          │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLIED MARITIME INC. and
MARITIMA ALLIED PTE LTD.,

                    Plaintiffs,

        -against-

MILAN NIGERIA LTD.,

                    Defendant.

---

07 Civ. 3522 (PKC)

**NOTICE OF VOLUNTARY
DISMISSAL AND RELEASE
OF RULE B ATTACHMENT**

    PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendant, and

    WHEREAS, pursuant to Order for Process of Maritime Attachment entered May 2, 2007, this Court issued a Process of Maritime Attachment and Garnishment against the property belonging to defendant, MILAN NIGERIA LTD., under the control of, or held by various garnishees in New York.

    NOW, on the consent of the attorney for plaintiff, it is

    ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of Maritime Attachment and Garnishment issued in this action, be and is hereby vacated.

311617.1
601704.00002/6577989v.1                    1

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of

the Federal Rules of Civil Procedure.

Dated:        New York, New York
              September 27, 2007

                                        BLANK ROME, LLP
                                        Attorneys for Plaintiff
                                        ALLIED MARITIME INC. and
                                        MARITIMA ALLIED PTE LTD.


                                        By _____
                                            Thomas H. Belknap, Jr (TB-3188)
                                        The Chrysler Building
                                        405 Lexington Ave.
                                        New York, NY 10174-0208
                                        (212) 885-5000

SO ORDERED:

_____
U.S.D.J.

9-28-07

CLOSED, ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-03522-PKC

Allied Maritime, Inc. et al v. Milan Nigeria, Ltd.
Assigned to: Judge P. Kevin Castel
Demand: $1,890,000
Cause: 28:1333 Admiralty

Date Filed: 05/02/2007
Date Terminated: 09/28/2007
Jury Demand: None
Nature of Suit: 120 Contract: Marine
Jurisdiction: Federal Question

**Plaintiff**
**Allied Maritime, Inc.**

represented by **Thomas Hunt Belknap, Jr**
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Fax: 212-885-5001
Email: tbelknap@blankrome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Maritima Allied PTE., Ltd.**

represented by **Thomas Hunt Belknap, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Milan Nigeria, Ltd.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2007 | 1 | COMPLAINT against Milan Nigeria, Ltd.. (Filing Fee $ 350.00, Receipt Number 613825)Document filed by Allied Maritime, Inc., Maritima Allied PTE., Ltd..(tro) Additional attachment(s) added on 5/11/2007 (Becerra, Maribel). (Entered: 05/03/2007) |
| 05/02/2007 | | SUMMONS ISSUED as to Milan Nigeria, Ltd.. (tro) (Entered: 05/03/2007) |

| 05/02/2007 | | Magistrate Judge Ronald L. Ellis is so designated. (tro) (Entered: 05/03/2007) |
|---|---|---|
| 05/02/2007 | | Case Designated ECF. (tro) (Entered: 05/03/2007) |
| 05/02/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Allied Maritime, Inc., Maritima Allied PTE., Ltd..(tro) Additional attachment(s) added on 5/11/2007 (Becerra, Maribel). (Entered: 05/03/2007) |
| 05/02/2007 | 3 | ORDER APPOINTING PROCESS SERVER: Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome, LLP is appointed to serve the order directing clerk to issue process of maritime attachment and garnishment, the process of maritime attachment and any supplemental process and a copy of the verified complaint on garnishees identified in the garnishment order issued by the court and such additional garnishees as so permitted therein. (Signed by Judge P. Kevin Castel on 5/2/07) (dle) (Entered: 05/03/2007) |
| 05/02/2007 | 4 | ORDER directing the clerk to issue Maritime Attachment and Garnishment: that process of maritime attachment and garnishment shall issue to the garnishees named in Schedule A hereto, against all tangible or intangible property belonging to claimed by or being held for the dft by any garnishees within this District including but not limited to electronic fund transfers originated by, payable to, or otherwise for the benefit of dft, whether to or from the garnishee banks or any other electronic fund transfers in an amount of up to $1,890,041.85 pas further set forth in this order. (Signed by Judge P. Kevin Castel on 5/2/07) (dle) (Entered: 05/03/2007) |
| 05/07/2007 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Thomas Hunt Belknap, Jr for noncompliance with Section (3) of the S.D.N.Y. 3rd Amended Instructions For Filing An Electronic Case or Appeal and Section 1(d) of the S.D.N.Y. Procedures For Electronic Case Filing. E-MAIL the PDF for Document 1 Complaint, 2 Rule 7.1 Corporate Disclosure Statement to: case_openings@nysd.uscourts.gov. (laq) (Entered: 05/07/2007) |
| 05/07/2007 | 5 | ORDER RE SCHEDULING AND INITIAL PRETRIAL CONFERENCE. See order, the parties will prepare a joint letter and a case management plan. Initial Conference set for 6/15/2007 11:45 AM in Courtroom 12C, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 5/7/07) (ad) (Entered: 05/07/2007) |
| 06/04/2007 | 6 | ENDORSED LETTER addressed to Judge P. Kevin Castel from Thomas H. Belknap, Jr. dated 6/1/07 re: counsel for plaintiff requests a 45-60 day extention of the preliminary confrence set for 6/15/07. } Application GRANTED. The Initial Conference is adjourned to 7/27/07 at 10:00 a.m. Initial Conference set for 7/27/2007 (AT) 10:00 AM before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 6/4/07) (db) (Entered: |

| | | |
|---|---|---|
| | | 06/05/2007) |
| 07/17/2007 | 7 | ENDORSED LETTER addressed to P. Kevin Castel from Thomas H. Belknap, Jr. dated 6/1/07 re: Plaintiffs request that the preliminary conference currently scheduled for 7/27/07 be adjourned for 60 days. ENDORSEMENT: Final Adjournment. Conference adjourned from 7/27/07 to October. (Signed by Judge P. Kevin Castel on 7/17/07) (ae) (Entered: 07/18/2007) |
| 07/17/2007 | 8 | ENDORSED LETTER addressed to Judge Castel from Thomas H. Belknap, Jr. dated 7/16/2007 re: Requesting an adjournment of the initial pretrial conference for 60 days. ENDORSEMENT: Final Adjournment. Conference adjourned from July July 27 to October 12, 2007 at 10:00 a.m..Initial Conference set for 10/12/2007 at 10:00 AM in Courtroom 12C, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 7/17/2007) (ad) (Entered: 07/26/2007) |
| 09/28/2007 | 9 | NOTICE OF VOLUNTARY ORDER DISMISSAL AND RELEASE OF RULE B ATTACHMENT: It is ORDERED, that pursuant to Fed. R. Civ. P. Supplemental Rule B(5)(c), the Process of Maritime Attachment and Garnishment issued in this action, be and is hereby vacated. It is ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. (Signed by Judge P. Kevin Castel on 9/28/07) (tro) (Entered: 09/28/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/31/2007 11:27:50 | | |
| PACER Login: | bg0261 | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:07-cv-03522-PKC |
| Billable Pages: | 2 | Cost: | 0.16 |

# EXHIBIT

# "D"

Milan Nigeria Limited

supply☐buy.com
Global b2b Network

supply☐buy

Milan Nigeria Limited

Join our world wide b2b network..
It takes 1 minute to become:
B2B Network Free Member (100% Free)
Join Now! ▶

Supplynbuy service
Do you feel safe to establish relationship
to this company??

let us help you...

Similar products

/ Agriculture & Food

Company profile

Milan Nigeria Limited is known as the Efficient Business Group,Milan & its associate companies Cover wide range of products & services with interests in
Trading, Shipping, Hotel,Real Estate, Exports & Imports
Conti Agro Nigeria Limited an associate company is in the business of exports from West Africa and export agrproduce, forestry, Gems & stones, solid
minerals,fruits & vegetables.
To name few,
Cocoa Beans, Sesame Seeds, Cashew Nuts, Gum Arabic & Dried & Split Ginger.

Member since: 31-08-2007
Last login: 01-09-2007

Contact details

Company Name        **Milan Nigeria Limited**

Company Address     243 B Kofo Abayomi Street
Zip Code            ------
City                Lagos
Country             NIGERIA
Phone number        461970 xx xx
Fax Number          262633xx xx

Contact Person      Ajit S.Gaonkar
Web Address         (Hidden)

This company did chose to hide contact details...
To see details (USD 0,1), please add money to your SupplyNbuy account.

Printed from www.supplyNbuy.com    Date: 28-12-2007 · Time: 17:54:45

# EXHIBIT

# "E"

Conti Agro Nigeria Limited - Nigeria - Manufacturer, Trading Company

Home | Sign In | Join Now | TradeManager | Translate this page | Search all suppliers | Su

Alibaba.com®
Global trade starts here.™

For Buyers    For Sellers    Community    My Alibaba    Help

Home > Buy > Conti Agro Nigeria Limited

Free Member
LISTED SINCE 2007

- Products
- Selling Leads
- About Us
  - TrustPass Profile
  - Contact Information
  - Trade Show Interests

## Conti Agro Nigeria Limited

Contact Now    Offline

### About Us                                           See our Company Profile

Conti Agro Nigeria Limited is an Export Company operating under flagship company Milan Nigeria Limited and exports agro produce solid minerals, forestry, fruits & vegetables etc.

### Basic Information

| | |
|---|---|
| Company Name: | Conti Agro Nigeria Limited |
| Business Type: | Manufacturer, Trading Company |
| Product/Service: | Raw Cashew Nuts In Shell, Sesame Seeds, Dried & Split Ginger, Cocoa Beans, Gum Arabic Grade 1 & 2 |
| Company Address: | 243, Kofo Abayomi Street, Victoria Island, Lagos, Nigeria |
| No. of Total Employees: | 501 - 1000 People |

### Ownership & Capital

| | |
|---|---|
| Year Established: | 1982 |
| Legal Representative/Business Owner: | Ramesh Valecha |
| Registered Capital: | US$10 Million - US$50 Million |
| Ownership Type: | Corporation/Limited Liability Company |

### Trade & Market

| | |
|---|---|
| Main Markets: | North America, South America, Eastern Europe, Southeast Asia, Africa, Oceania, Mid East, Eastern Asia, Western Europe |
| Main Customer(s): | Cadbury, Amul India |
| Total Annual Sales Volume: | Above US$100 Million |
| Export Percentage: | 71% - 80% |
| Total Annual Purchase Volume: | Above US$100 Million |

### Factory Information

| | |
|---|---|
| Factory Size: | 1,000-3,000 square meters |
| Factory Location: | Illupeju, Lagos |
| QA/QC: | In House |
| No. of Production Lines: | 4 |
| No. of R&D Staff: | Less than 5 People |
| No. of QC Staff: | Less than 5 People |

| Contract Manufacturing: | Buyer Label Offered |
| --- | --- |

## Contact Us

**Conti Agro Nigeria Limited** [View Company Details] [Nigeria] ☑

**Address: 243, Kofo Abayomi Street, Victoria Island, Lagos, Nigeria**

Contact Now    Offline    View Contact Details

This member's information has NOT been authenticated or verified by Alibaba or any third party. Only Alibaba Gold Suppliers and TrustPass members have completed an Authentication and Verification procedure conducted by third-party credit-reporting agencies.

For more information on Alibaba Gold Supplier and TrustPass membership, Click here

Didn't find what you're looking for? Post a buying lead.

**Trade Articles & Discussions in *Community***    More



**Read AliBiz today!**
Take part in our Quiz and win big prizes!
→ click here now!



Does email marketing help find new customers? Read the Fourth issue of AliBiz and Win fantastic prizes!
China to complete its city road network
Coal prices to increase up to 10% next year

Email this page         Bookmark this page         Print this Page

Home - Gold Suppliers - Buy - Sell - Trade Shows - My Alibaba - China Export Services
Company Info - Help - Site Map - Partnerships - Customer Service
**Browse Alphabetically:** All Products, Importers, China, Countries - Archive
Alibaba Group - Alibaba China - Alibaba Japan - Alipay - Taobao - Yahoo! China - Koubei.com - Alisoft - Alimama

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use - Safe Trading Tips
Copyright Notice © 1999-2007 Alibaba.com Corporation and its licensors. All rights reserved.