# EXHIBIT

# "F"

# Peter Skoufalos

**From:** Ramesh Valechha [rameshvalechha@milangrp.com]
**Sent:** Monday, September 17, 2007 12:14 AM
**To:** pskoufalos@browngavalas.com
**Cc:** Vikram Valecha; Rajeshvalechha@milannigeria.com
**Subject:** Re: Cruiser Shipping Pvt Ltd

**Dear Mr Skoufalos**

**As Vikram is travelling, I am replying on his behalf.**

**As communicated to you earlier, Milan Nigeria Limited has nothing to do with that transfer and Milan Nigeria Ltd did not originate any payment against any Hong Prosperity.**

**There must be some error somewhere and we advise that you please check with the originating banks.**

**Regards**

**Ramesh Valechha**

12/31/2007

# EXHIBIT

# "G"



## Europe.Bloombiz.com

You are invited to become part of an exciting international B2B Network

**Make Europe Bloombiz.com your HomePage!**
**Start your daily trading with us!**



Browse **Trade Leads** within the marketplace. Or  * type your search term here *   Products   Find Now!

**Europe B2B Directory**
European Companies
European Trade Leads
European Products

- Home - Browse by Country - Quick Search - Site Map - Terms of Service - Help

- Join Free  - Login  - Forgot Password?                     - Link to Us  - Use our Content

**Used Milan**
Search Certified Pre-Owned inventory. Find your Mercury Milan.
MercuryCertified.com

**Going to Milan?**
Find What to See & Do, Where to Stay for Less, and When to Go.
www.ExpediaGuides.com

**LeadPile ™ - The Leader**
The World's First Exclusive Lead Marketplace - 877-LEAD-PILE
www.LeadPile.com

ads by Google

Home   Companies   Trade Leads   Products   Biz Keywords   Resources   Sellers   Buyers   My Account
Directory   My Trade Leads   Add Trade Lead   Send Targeted Trade Leads   Trade Alert   Trade Leads by Country

> Trade Leads Directory -> All Trade Leads -> Vegetables -> Milling Industry Products -> Raw Cashew Nuts

Europe.Bloombiz.com - View Trade Lead - Raw Cashew Nuts
Promote your Business in Europe. Join FREE!  * Enter Your E-mail Address *   Register for FREE!
Manufacturers  Distributors / Wholesalers  Trading Companies  Agents  Buying Offices  Importers / Exporters

### Raw Cashew Nuts (Offer to Sell)

Milan Nigeria Limited          Respond Online

Contact Now!
Milan Nigeria Limited
TOP Member
**5 Trade Leads posted**
**1 Product on sale**

**Members Login**
E-Mail Address:

### Trade Lead Description:

Ads by Google

At Milan, the Efficient Business Group, we measure our success by yours. Milan Group & its associates companies we cover a wide range of Products with interest in trading, shipping, transport, hotel, imports, real estate and Exports. We export agricultural commodities, solid minerals, forestry, fruits & vegetables.
We are pleased to offer RAW CASHEW NUTS on the following terms:

**Buy and Sell Molybdenum**

Password:

☐ Store my password
Login Now

Origin: Nigeria/Benin
Product: RAW CASHEW NUTS
Price: US$ 575 FOB Lagos/Kotinu
Quantity: 100 to 500MTs
Quality Specifications:
Moisture: 10%
Nut Count: 180-200 per Kg.
Out-Turn -- 48-50lb
Defective: 10%
Shipment & Delivery: Within 21-30 days from the date of receipt of acceptable Letter of Credit
Validity of offer: ten days
Posted from Nigeria - Lagos on 27 September, 2007

Buy and Sell Molybdenum Metal with MMA at Competitive rates

www.mm-a.com

Forgot password?
Can't login?

Not a member?
Register for FREE!



Business News

| Type of Offer: | Offer to Sell |
| --- | --- |
| Quantity: | 100-500Mts |
| Packaging: | 80Kgs In Jute Bags |
| Price / Incoterms Conditions: | US $ 575 FOB Lagos/Benin |
| Company Name: | Milan Nigeria Limited TOP Member |
| Contact Person: | Ajit Gaonkar |
| Location: | Nigeria - Lagos |
| | Hotels in Lagos, Nigeria |
| | Companies from Nigeria |
| | Trade Leads from Nigeria |
| | Products from Nigeria |
| Classification: | Vegetables - Milling Industry Products |



Browse by Continent

What's New?
- Companies
- Products
- Trade Leads
- Buying Requests
- Selling Offers
- Opportunities

**Popular Searches**
- milling industry products buyers
- food additives buyers
- wheat buyers
- palm oil buyers
- vegetable oils buyers
- agro products buyers
- pumpkin seeds buyers
- jute products buyers
- rice buyers
- potato granules buyers

Contact Information

### Join Now or Login
### to contact Trade Lead Poster!

**Similar Trade Leads:**
Shea nuts, Shea butter raw
Plastic Raw Materials

Quick Links



NEED MORE SALES?

Let Us Work for you!
Top Members receive:
Automated Product Promotion
- AutoContact
With AutoContact, we invite matching buyers and sellers on behalf of you to review your profile and get in touch with you.

Become a Gold or Platinum Member

and receive 1year Automated Promotion for your products!
+ many more exclusive features!

Rattan Raw Material, Rattan Furniture, Rattan Walking Sticks
Raw Coffee
Pharma raw materials
*More Raw Cashew Nuts Trade Leads*

**Related Site Sections:**
Company Directory: Vegetables - Milling Industry Products
Biz Keywords: Vegetables - Milling Industry Products
Product Showroom: Vegetables - Milling Industry Products
Latest Business News
ODP: Business: Food and Related Products: Produce
ODP: Business: Food and Related Products: Grains and Legumes
ODP: Business: Agriculture and Forestry
ODP: Business: Agriculture and Forestry: Horticulture

Free Magazines:

Website Magazine: Has tapped premier talent in the Internet industry for our content and each and every issue will contain practical advice and insights for website owners.

The Deal: Is the indispensable newsweekly for all dealmakers covering M&A, bankruptcy, private equity, venture capital, law & tax, corporate restructuring, and much more.

Landscape Construction: Focuses on the equipment and techniques for successful commercial & residential site prep and landscaping.

View More Trade Leads

Search For:
Trade Leads
Europe.Bloombiz.com ⊙ or ○ and ○ exact phrase

Home
Browse by Country
Browse Trade Leads
Browse Companies
Browse Products
Browse Biz Keywords
ODP Directory
Partner / Trade Links

Advertisement

Want to Accept Credit Cards

* Business Hosting
* Business Website
* Business Leads
-->> More on Visitory.com

WSI Profit from the Internet

------ Quick ------
Advertisement
*Have a Website?*

More Resources

Companies
Trade Leads
Products
Websites

---

**Copyright 2003 - 2008 - Europe.Bloombiz.com**
Top Searches | European Importers & Exporters | European Manufacturers | European Distributors | European Trading Companies
Powered by www.tradeholding.com
Statistics: Companies: 179,900+, Trade Leads: 114,300+, Products: 39,400+, Contacts / Replies: 540,400+
There are currently **1261** users online browsing our B2B network. 19:10 GMT, Wednesday, January 2, 2008
Privacy Policy

All Trade Leads / Offers / Products / Company Profiles / Images and other user-posted contents are posted by the user and Europe.Bloombiz.com and TradeHolding.com B2B Network shall not be held liable for any such content. However, TradeHolding.com B2B Network respects the intellectual property, copyright, trademark, trade secret or any other personal or proprietary third party rights and expects the same from others. For concerns, please contact us.

# EXHIBIT "H"



http://www.milannigeria.com/ 1/2/2008