# EXHIBIT A



**Bank PHB**
PlatinumHabib Bank Plc
RC 125478

26th October 2007

The Managing Director,
**Conti-Agro Nigeria Limited**
10/6, Industrial Crescent,
Behind PZ 9, Thermocool,
Ilupeju,
Lagos.

Dear Sir

### REMITTANCE OF $163,771.50 TO BULK MERCHANT CORPORATION SA

We write with reference to your request for the transfer of $163,771.50 (One Hundred and Sixty-Three Thousand, Seven Hundred and Seventy-One US Dollars, Fifty Cents) to Bulk Merchant Corporation SA on 10th September 2007.

We wish to state that an entry error made by the processing officer resulted in the mistake on the TELEX stating MILAN NIGERIA LIMITED as ordering customer instead of CONTI-AGRO NIGERIA LIMITED. Specifically, this error arose from the fact that the processing officer was simultaneously dealing on another transaction which was for the account of Milan Nigeria Limited with the Bank at that moment. (Copy of TELEX attached).

Upon notification of this mistake, we immediately sent instructions via SWIFT to our correspondent bank, Deutsche Bank Trust Company Americas, New York to amend Ordering Customer to CONTI-AGRO NIGERIA LIMITED. (Copy of TELEX also attached).

We acknowledge the impact of the above error on your business operations and assure that the Bank will assist to correct the mistake and ensure payment of the fund is made to your beneficiary in accordance to your instruction through our correspondent bank, Deutsche Bank Trust Company Americas, New York.

We thank you for your usual cooperation.

Yours faithfully,
For: PLATINUMHABIB-BANK PLC


AUTHORISED SIGNATORY                AUTHORISED SIGNATORY

707 Adeola Hopewell Street, PMB 80054, Victoria Island, Lagos, Nigeria
Tel 01- 4617341- 50, 4617151 - 66, 2714080 - 9, Fax 01- 2610209, 4617157. www.bankphb.com

Directors: Mr. Kola Abiola (Chairman) Prof. Pat Utomi (Vice Chairman) Mr. Francis Atuche (Managing Director/CEO) Mr. Ig Ukpaka (Executive) Mr. Ahmed Kuru (Executive) Arc. Adebayo Adewakun Mr. Sohail Malik Mr. Zakir Mahmood Mr. Mustafa Yar'adua Brig-Gen. Lawal Ja'afar Isa (Rtd) Mr. Akin Kekere-Ekun Mr. Mike Ajukwu Prof. Fidelis Oditah, QC, SAN Mr. Gbenga Famoriyo (Representing Shell Co-operative)

Untitled

DEUTSCHE BANK TRUST COMPANY AMERICAS
NEW YORK, NY
US

103

```
20: Sender's Reference
    EXP20078621
23B: Bank Operation Code
    CRED
32A: Val Dte/Curr/Interbnk Settld Amt
    Date        : 11 September 2007
    Currency    : USD (US DOLLAR)
    Amount      :                        #163771,50#
33B: Currency/Instructed Amount
    Currency    : USD (US DOLLAR)
    Amount      :                        #163771,50#
50K: Ordering Customer-Name & Address
    MILAN NIGERIA LTD
53A: Sender's Correspondent - BIC
    PLNINGLA
    PLATINUMHABIB BANK PLC

    LAGOS  NG
56A: Intermediary Institution - BIC
    AEIBUS33
    AMERICAN EXPRESS BANK, LTD.

    NEW YORK, NY  US
57A: Account With Institution - BIC
    EGNAGR2T
    EGNATIA BANK S.A.

    THESSALONIKI  GR
59: Beneficiary Customer-Name & Addr
    /0094975421
    BULK MERCHANT CORPORATION SA
70: Remittance Information
    /RFB/IBAN:GR7502803010000000949754
    //21. REF:MV HONG PROSPERITY
71A: Details of Charges
    BEN
71F: Sender's Charges
    Currency    : USD (US DOLLAR)
    Amount      :                        #0,00#
```

Page 1

Untitled

```
DEUTSCHE BANK TRUST COMPANY AMERICAS
NEW YORK,NY
US

MT199

20: Transaction Reference Number
    070912604641
21: Related Reference
    EXP20078621
79: Narrative
    ATTN:MONEY TRANSFER INVESTIGATION.

    WE REFER TO OUR PAYMENT ORDER 103 WITH REFERENCE
    EXP20078621 FOR USD163,771.50 VALUE 11/09/2007 IFO
    BULK MERCHANT CORPORATION SA; YOUR DEBIT TO OUR
    ACCOUNT 04435183 REFD S2752510CP091107 DATED
    11/09/2007 AND YOUR SUBSEQUENT MT199 REFERENCED
    ABOVE.

    KINDLY LET US KNOW IF THE AMENDMENT HAS BEEN
    EFFECTED AND BENEFICIARY CREDITED. BELOW IS THE
    COPY OF THE AMENDMENT SENT EFFECTIVE 17/09/2007.

    KINDLY AMEND TAG 50K TO READ:
    CONTI-AGRO NIGERIA LIMITED
    ACCOUNT NUMBER:107102000300 WITH PLATINUM HABIB
    BANK PLC.

    ALSO AMEND TAG 70 TO READ:
    PURPOSE:PAYMENT OF FREIGHT FOR MV HONG PROPERTY
    ALL OTHER TERMS REMAIN SAME

    PLEASE TREAT AS URGENT, AS ERROR IS FROM THE BANK
    THANKS FOR YOUR CO-OPERATION.

    REGARDS,....HENRY/NNENNA-TREASURY OPERATIONS
Original (Completed)

  Created at "_MP_creation" on 18/09/07 at 16:16:48
  By HOHUEGBE : Created at rp [_MP_creation] and assigned to unit [None]
  By HOHUEGBE : Routed from rp [_MP_creation] to rp [_MP_verification]; On Processing
by Function mpc with result Success;(Rule:USER,200)
  By NNENNA2 : Routed from rp [_MP_verification] to rp [_MP_authorisation]; On
Processing by Function mpa with result Success;(Rule:DEFAULT_RULE,0)
  By IFETAYO2 : Routed from rp [_MP_authorisation] to rp [_SI_to_SWIFT]; On
Processing by Function mpa with result Success;(Rule:USER,100)
  Sent to SWIFT "PLNINGLAAXXXF" on 18/09/07 at 16:20:32
  Session Nr 2056 Sequence Nr 043663 Result: SWIFT Ack
    ACK text: [{1:F21PLNINGLAAXXX2056043663}{4:{177:0709181555}{451:0}}
]
  By SYSTEM : Completed in rp [_SI_to_SWIFT]; On Processing by Function _SI_to_SWIFT
with result Success;(Rule:USER,20)

*Notification - 1 (Completed)
  By SYSTEM : Created at rp [LocalSwiftAcks] and assigned to unit [None]
  Sent to APPLI "LocalSwiftAcks" on 18/09/07 at 16:20:44
  Session Nr 2176 Sequence Nr 000001 Result: APPLI Ack
  By SYSTEM : Completed in rp [LocalSwiftAcks]; On Processing by Function AI_to_APPLI
with result Success;(Rule:USER,100)


                                    Page 1
```

# CONTI-AGRO NIGERIA LIMITED

Industrial Crescent, Ilupeju Industrial Estate, Ilupeju, Lagos, Nigeria
Tel: + 234 1 4939561 / 62, Fax: +234 1 4939563

September 10th, 2007

The Managing Director
Platinumhabib Bank Plc.
707, Adeola Hopewell Street,
Victoria Island,
Lagos.

Attn: Messrs Julius Okotako / Kunle Olabintan

Dear Sirs,

Re: FUNDS TRANSFER

Please transfer the funds to the beneficiary as per the details below:

Amount:     USD 163,821.50
    Egnatia Bank
    Account No:  0094975421
    Swift Code:  EGNAGR2T (Egnatia Bank)
    116, Kolokotroni Street & 11 merarchias Street, 185 35
    Piraeus - Greece
    In Favor of:  Bulk Merchant Corporation SA
    Iban No:  GR7502803010000000094975421
    Ref:  MV Hong Prosperity
    Corresponding Bank:  American Express Bank Ltd
    Swift:  AEIBUS33

Thanking you.

Yours Faithfully

Authorized Signatory
Conti Agro Nigeria Limited