UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JALAPA SHIPPING LIMITED,

                     Plaintiff,

-against-

SUNDERSONS LTD. et al.,

                     Defendants.

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08
```

07 Civ. 8715 (RJH)

**ORDER**

For the reasons stated on the record at a hearing in this matter held on January 4, 2008, the Court grants non-party Conti-Agro Nigeria Limited's application for vacatur of the attachment of $163,730.50 of its funds. Non-party garnishee American Express Bank Ltd. is directed to release the attached funds unless they have been restrained in connection with another action.

SO ORDERED.

Dated: New York, New York
       January 4, 2008

                                             Richard J. Holwell
                                             United States District Judge