BLANK ROME, LLP
Attorneys for Defendants
SUNDERSONS, LTD
SIMRAN MEHER LTD.
CONTI-AGRO NIGERIA LTD.
VALECHHA HOLDINGS LIMITED
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY  10174-0208
tel: (212) 885-5000
fax: (212) 885-5001
tbelknap@blankrome.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JALAPA SHIPPING LIMITED,<br><br>                    Plaintiff,<br><br>          -against-<br><br>SUNDERSONS LTD., et al.,<br><br>                    Defendants. | 07 Civ. 8715 (RJH)<br><br>**NOTICE OF RESTRICTED APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for defendants Sundersons, Ltd, Simran Meher Ltd., Conti-Agro Nigeria Limited, and Valechha Holding Limited, who appear by restricted appearance under Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and to receive ECF notices in this matter.  I certify that I am admitted to practice before this Honorable Court.

Dated:        New York, New York
              April 24, 2008

                          BLANK ROME LLP
                          Attorneys for Defendants
                          SUNDERSONS, LTD
                          SIMRAN MEHER LTD.
                          CONTI-AGRO NIGERIA LTD.
                          VALECHHA HOLDINGS LIMITED

                          By _____/s/_____
                              Thomas H. Belknap, Jr. (TB-3188)
                              The Chrysler Building
                              405 Lexington Avenue
                              New York, NY  10174-0208
                              Tel.:  (212) 885-5000
                              Fax:   (212) 885-5001
                              tbelknap@blankrome.com