BLANK ROME, LLP
Attorneys for Defendants
SUNDERSONS, LTD
SIMRAN MEHER LTD.
CONTI-AGRO NIGERIA LTD.
VALECHHA HOLDINGS LIMITED
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY  10174-0208
tel: (212) 885-5000
fax: (212) 885-5001
tbelknap@blankrome.com


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JALAPA SHIPPING LIMITED,<br><br>              Plaintiff,<br><br>        -against-<br><br>SUNDERSONS LTD., et al.,<br><br>              Defendants. | 07 Civ. 8715 (RJH) |

## NOTICE OF MOTION TO VACATE ATTACHMENT

PLEASE TAKE NOTICE that upon Defendants' Memorandum of Law and the accompanying Affidavit of Thomas H. Belknap, Jr., and all prior pleadings and papers on file in this action, and pursuant to Rule E(4)(f) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Defendants Sundersons, Ltd., Simran Meher Ltd., Conti-Agro Nigeria Ltd., and Valechha Holdings Limited will move before the Honorable Richard J. Holwell for an Order vacating all Orders of Attachment as against them which have been issued in this matter.

128426.00602/6633872v.1

2

PLEASE TAKE FURTHER NOTICE that Plaintiffs' response brief shall be served on or

before May 16, 2007 and Defendants' reply shall be served by May 30, 2007.


Dated: New York, New York
        April 24, 2008


                            BLANK ROME LLP
                            Attorneys for Defendants
                            SUNDERSONS, LTD
                            SIMRAN MEHER LTD.
                            CONTI-AGRO NIGERIA LTD.
                            VALECHHA HOLDINGS LIMITED


By                   /s/
       Thomas H. Belknap, Jr. (TB-3188)
       The Chrysler Building
       405 Lexington Avenue
       New York, NY  10174-0208
       Tel.:  (212) 885-5000
       Fax:   (212) 885-5001
       tbelknap@blankrome.com