# EXHIBIT A
# TO THE
# AFFIDAVIT OF THOMAS H. BELKNAP, JR.

900200.00001/6591567v.1

# JACKSON PARTON                                      Solicitors

*Regulated by the Law Society*

| | | |
|---|---|---|
| Nils Dahl-Nielsen | Nicholas Parton | 5th Floor |
| Anthony Dowling | Andrew Patrinos | 18 Mansell Street |
| Robert Fielden | Brian Roberts | London E1 8AA |
| David Hughes | John Watling | |
| Graham Jackson | | Tel: 020-7702 0085 |
| | | Fax 020-7702 0858 |
| | | e-mail: mail@jacksonparton.com |

Our Ref:   JW/NDN/4920-3
Your Ref:

## FACSIMILE TRANSMISSION

DATE:            27 June 2007

TO:              Milan Nigeria Ltd and Sundersons Ltd

FROM:            Nils Dahl-Nielsen

MATTER:          m/v "LION PRINCESS" - C/P 13/12/05
                 B/Ls KDL/LP 01, 02, 03, 04, 05, 06, 07, 08, 09, 10
                 Shipment of rice and bags India to Nigeria November 2005 to
                 February 2006

FAX NO:          00 234 1 261 4290 & 00 234 1 5801 40.

NO. OF PAGES:    1        (including this sheet)

---

We refer to our fax of 16 January 2007 where we informed you that we act for the registered owners of the above vessel at all material times and Iron Shipping Pty Ltd and appointed Mr Henderson as our clients' arbitrator on their behalf.

Again we would ask you to agree to Mr Henderson acting as sole arbitrator. Alternatively please nominate your arbitrator within 14 days. We hereby give you notice that if you do not agree to Mr Henderson's appointment as sole arbitrator or appoint your own arbitrator within 14 days we will ask that Mr Henderson accepts the position as sole arbitrator in the reference.

Regards

**JACKSON PARTON**