# EXHIBIT B
# TO THE
# AFFIDAVIT OF THOMAS H. BELKNAP, JR.

900200.00001/6591567v.1

From: "sulu-gambari" <sulu-gambari@metrong.com>
To: m.gerakaris@JacksonParton.com
Cc:
n.parton@JacksonParton.com,rameshvalechha@milannigeria.com
Subject: Re: MV "Lion Princess" C/P dd 13.11.05- B/Ls KDL/LP 01, 02, 03, 04, 05, 06, 07, 08, 09, 10- Shipment of rice and bags India to Nigeria November 2005 to February 2006.
Date: Tue, 07 Aug 2007 14:37:44 +0100

ATTENTION: JACKSON PARTON SOLICITORS.

CLAIMANTS:    LION SHIPPING PYT LTD/OWNERS/CONTRACTUAL CARRIERS.
RESPONDENTS:   MILAN (NIGERIA) LIMITED/ SUNDERSONS LIMITED.

We act for Messrs Sundersons and Milan (Nig.) Limited.

We refer to your notice of appointment of your arbitrator dated 16/01/07.

Please be advised that we hereby appoint Mr. David Barnett, as our Clients' arbitrator. Kindly find below his contact
details:

Mr. David Barnett
Chartered Arbitrator
Tel: +44 (0) 208 977 5523
Fax: +44 (0) 845 127 4182.
Email: barnett@arbitrator.org.uk
   www.arbitrator.org.uk

Thank you.

Regards,

A. B. Sulu-Gambari & Co.
Barristers & Solicitors
Mandilas House, 7th Floor
35, Simpson Street
Lagos
Nigeria.

Tel: + 234 (1) 263 2772
Fax: + 234 (1) 263 2764.

**PRACTICE GROUP MEETING AGENDA – April 18, 2008**

Firm Administrative Matters

| | |
|---|---|
| Financial Report | Esber |
| Hours / Marketing / Billing / Collection | Esber / Ellis |
| Lateral Recruiting Report | Waldron |
| Summer Associate Program | Salgado |

Marketing Matters

| | |
|---|---|
| Marketing Calendar | Gold |
| Deal / Matter Report | Gold |
| Marketing Expenses | Gold |
| EU Maritime Policy Forum | |
| WIIT Charitable Trust Hill Education Series | Linney |
| Propeller Club Salute to Congress | Waldron |
| Norton Rose – Basil II writing opportunity | Devine |
| Other | |

| | |
|---|---|
| Client Matters / Workload | PG |