# EXHIBIT C
# TO THE
# AFFIDAVIT OF THOMAS H. BELKNAP, JR.

900200.00001/6591567v.1

**Belknap, Thomas H.**

**From:** Belknap, Thomas H.
**Sent:** Wednesday, January 23, 2008 5:37 PM
**To:** pskoufalos@browngavalas.com
**Subject:** LION PRINCESS

Dear Peter:

My clients are planning to make a motion in this action to dismiss the "alter ego" causes of action on the ground that they are insufficiently pled. They are mindful that if they succeed the Court would probably grant you the opportunity to amend the plaintiff's complaint. Thus, in the hopes of avoiding this unnecessary step, I am letting you know of their intention now so you can make whatever amendments you consider appropriate, if any, before we make our motion.

On the other hand, perhaps you will consider discontinuing this action altogether? Let me know if there is anything to discuss on this front.

Very truly yours-

Tom Belknap

**Thomas H. Belknap Jr. | Blank Rome LLP**
The Chrysler Building, 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5270 | Fax: 917.332.3795 | Mobile: 917.523.4360 | Email: TBelknap@BlankRome.com