BLANK ROME, LLP
Attorneys for Defendants
SUNDERSONS, LTD
SIMRAN MEHER LTD.
CONTI-AGRO NIGERIA LTD.
VALECHHA HOLDINGS LIMITED
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY  10174-0208
tel: (212) 885-5000
fax: (212) 885-5001
tbelknap@blankrome.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JALAPA SHIPPING LIMITED,<br><br>         Plaintiff,<br><br>-against-<br><br>SUNDERSONS LTD., et al.,<br><br>         Defendants. | 07 Civ. 8715 (RJH)<br><br>**RULE 7.1 STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants SUNDERSONS, LTD, SIMRAN MEHER LTD., CONTI-AGRO NIGERIA LTD., and VALECHHA HOLDINGS LIMITED ("Defendants"), certifies that, according to information provided to counsel by its clients, Defendants are not publicly held corporations or subsidiaries or affiliates of any publicly held corporations.

Dated: New York, NY
       April 24, 2008

BLANK ROME LLP
Attorneys for Defendants
SUNDERSONS, LTD
SIMRAN MEHER LTD.
CONTI-AGRO NIGERIA LTD.
VALECHHA HOLDINGS LIMITED

By     /s/
    Thomas H. Belknap, Jr. (TB-3188)
    The Chrysler Building
    405 Lexington Avenue
    New York, NY  10174-0208
    Tel.:  (212) 885-5000
    Fax:   (212) 885-5001
    tbelknap@blankrome.com