



Phone:   (212) 885-5270
Fax:     (917) 332-3795
Email:   TBelknap@BlankRome.com

April 24, 2008

**BY HAND DELIVERY**

Honorable Richard J. Holwell
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1950
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08
```

    Re:   Jalapa Shipping Limited v. Sundersons Ltd., et al.
           07 Civ. 8715 (RJH)
           Our Ref.: 128426-00601

Dear Judge Holwell:

    We represent Defendants Sundersons, Ltd, Simran Meher, Ltd., Conti-Agro Nigeria Ltd., and Valechha Holdings Limited in respect of the above-referenced matter. We enclose herewith courtesy copies of the following papers filed today in support of the Defendants' motion to vacate the order of attachment in this matter.

1. Notice of Restricted Appearance;

2. Notice of Motion to Vacate Attachment with the accompanying Affidavit of Thomas H. Belknap, Jr.; and

3. Defendants' Memorandum of Law in Support of Motion to Vacate Attachment.

    The parties have jointly agreed to a briefing schedule by which Plaintiff's opposition is due by May 16, 2008 and Defendants' reply is due by May 30, 2008. We trust this is acceptable to the Court. For the sake of good order, Defendants respectfully request oral argument in respect of the motion.



Honorable Richard J. Holwell
April 24, 2008
Page 2

       Thank you for your attention.

                                      Respectfully submitted,

                                      Thomas H. Belknap, Jr.

cc: Peter Skoufalos, Esq. (By e-mail)
    Counsel for plaintiff

---

> A hearing on defendants' motion to vacate the attachment shall be held on June 16, 2008 at 10:00 am.
>
> SO ORDERED:
> Date: 4/36/08
> Richard J. Holwell, U.S.D.J.

128426.00602/6634178v.1