# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

RECEIVED MAY 16 2008 CHAMBERS OF RICHARD J. HOLWELL

May 16, 2008

**BY FACSIMILE**
(212) 805-7948

The Honorable Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

Re: Jalapa Shipping Limited v. Sundersons Ltd., et al.
    07 Civ. 8715 (RJH)
    Our File No.: 1593.0003

Dear Judge Holwell:

We are counsel for plaintiff Jalapa Shipping Limited in this matter.

Plaintiff, with the defendants' consent, respectfully requests a modification of the briefing and argument schedule in regard to defendants' motion to vacate maritime attachment. This is plaintiff's first request. Currently, plaintiff's memorandum in opposition is due on May 16, 2008, defendants' reply, if any, is due on May 30, 2008, and oral argument is scheduled for June 16, 2008.

Plaintiff requests a three-day extension to the briefing schedule, whereby plaintiff's opposition will be due on May 21, 2008, and defendants' reply will be due on June 4, 2008. In addition, due to a previously-scheduled overseas business trip, plaintiff requests that oral argument on this motion be rescheduled during the week of June 23, 2008 or as soon as possible thereafter, excluding the afternoon of June 24, 2008.

*Application Granted. Oral argument to be held on 6/23/08, 2:30 p.m.*

SO ORDERED

[signature]
USDJ
5/20/08

The Honorable Richard J. Holwell
May 16, 2008
Page 2 of 2

    We thank the Court in advance for its consideration of this request.

           Respectfully,

           BROWN GAVALAS & FROMM LLP

           Peter Skoufalos

cc:   Thomas H. Belknap, Jr.
      Blank Rome LLP
      (by E-mail)