# SKOUFALOS AFFIDAVIT

# MAY 21, 2008

# EXHIBIT F

BROWN GAVALAS & FROMM LLP
Attorneys for Defendant
JALAPA SHIPPING LIMITED
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
------------------------------------------------------------X

JALAPA SHIPPING LIMITED,                        07 Civ. 8715 (RJH)

                          Plaintiff,

                                                **AFFIDAVIT IN**
                                                **OPPOSITION TO NON-**
                 - against -                    **PARTY'S APPLICATION**
                                                **TO VACATE MARITIME**
                                                **ATTACHMENT**
SUNDERSONS LTD., MILAN NIGERIA LTD.,            **REGARDING CERTAIN**
SIMRAN MEHER LTD. and VALECHHA                  **FUNDS BEING HELD BY**
HOLDINGS LIMITED,                               **AMERICAN EXPRESS**
                                                **BANK LTD.**
                          Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

       PETER SKOUFALOS, being duly sworn, deposes and says:

       1.      I am a member of the firm of Brown Gavalas & Fromm LLP and of this

Honorable Court.  I submit this affidavit in opposition to the application of non-party,

Conti-Agro Nigeria Limited ("Conti-Agro"), to release the amount of $163,730.00, which

has been attached by American Express Bank Ltd. pursuant to the Order of this Court.

       2.      I have previously opposed Conti-Agro's application in letters to the Court

dated November 20 and November 26, 2007.  Copies are annexed hereto as Exhibit "A".

       3.      In addition, counsel for American Express Bank Ltd., the garnishee bank

currently restraining the funds pursuant to this Court's Order, has also written to the

Court to address Conti-Agro's application. A copy of the letter of Barry J. Glickman, Esq., dated November 21, 2007 is annexed hereto as Exhibit "B".

4.    Annexed hereto as Exhibit "C" is the docket sheet and voluntary dismissal from *Allied Maritime Inc., et al. v. Milan Nigeria Ltd.*, 07 Civ. 3522 (PKC). The funds at issue ($163,730.00) were originally attached in this action.

5.    Annexed hereto as Exhibit "D" is a page from http://www.supplyNbuy.com, a website I visited on December 28, 2007. The website contains an entry (and address) for defendant Milan Nigeria Limited and describes "Conti-Agro Nigeria Limited" as an "associate company."

6.    Annexed hereto as Exhibit "E" is a page from http://www.alibaba.com, a website I also visited on December 28, 2007. The website contains an entry (and address) for Conti-Agro. As can be seen, defendant Milan Nigeria and Conti-Agro share the identical address in Lagos, Nigeria. In addition, Exhibit "D" identifies the "legal representative/business owner" of Conti-Agro as Ramesh Valechha.

7.    Annexed hereto as Exhibit "F" is an email from Ramesh Valechha dated September 17, 2007. As can be seen, Mr. Valechha uses the email account of the "Milan Group." Additional Internet searches reveal that Mr. Valechha is also the chairman of the Milan Industries Limited, which is believed to be the parent corporation for all the defendants in this matter, as well as Conti-Agro. See Exhibit "F" annexed hereto.

8.    Annexed hereto as Exhibit "G" is a page from http://europe.bloombiz.com, a website I also visited on January 2, 2008. The website contains an entry for the defendant, Milan Nigeria, and promotes "raw cashew nuts". As can be seen from Exhibit "E," Conti-Agro main "product/service" also advertises "raw

cashew nuts in shell." Other business-to-business portals readily available on the Internet indicate that defendant Milan Nigeria Limited directly offers all the commodities linked to Conti-Agro in Exhibit "E".

9.     The defendants' own website at www.milannigeria.com was not available as of the date of this affidavit. Annexed hereto as Exhibit "H" is a print-out from the defendants' website indicating that it is currently "under maintenance".

Dated: New York, New York
       January 2, 2008


                                        Peter Skoufalos (PS-0105)



Sworn to before me this 2nd day
January, 2008


_____          EVAN B. RUDNICKI
        NOTARY PUBLIC                   Notary Public of the State of New York
                                              No. 02RUG142614
                                          Qualified in Rockland County
                                          Term Expires March 13, 20__

                                        3

# EXHIBIT

# "A"

BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE

NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1976-1999)
ROBERT J. SEMINARA
(1987-1999)

November 20, 2007

**BY HAND**

Honorable Richard J. Holwell
United States District Judge
500 Pearl Street, Room 1950
New York, New York 10007

Re:    Jalapa Shipping Limited v. Sundersons Ltd., et al.
        07 Civ. 8715 (RJH)
        Our File No.: 1593.0003

Dear Judge Holwell:

We are counsel for the plaintiff in the referenced matter. We write to respond to Mr. Belknap's letter to the Court dated November 19, 2007, a copy of which we received yesterday afternoon at about 4:15 p.m.

Mr. Belknap represents Conti-Agro Nigeria Limited ("Conti-Agro"), a company which Mr. Belknap describes as "in the same corporate family as the defendants in this action." The defendants in this action include the defendant Milan Nigeria Ltd. ("Milan Nigeria").

Beside the present action, Milan Nigeria *is/has* been a defendant in at least two other Rule B attachment actions filed in the Southern District of New York this year: (1) *Allied Maritime Inc., et al. v. Milan Nigeria Limited*, 07 Civ 3522 (KPC) (sole defendant) ("the Allied Maritime Action") and (2) *Cruiser Shipping Pte. Ltd., et al v. Sundersons Ltd., et al.*, 07 Civ. 4036 (JGK) (multiple defendants) ("the Cruiser Shipping Action").[1]

---

[1] Mr. Belknap, who now represents *Conti-Agro*, was counsel for the plaintiff in the Allied Maritime Action. Our firm represents the plaintiff in the *Cruiser Shipping Action*.

BROWN GAVALAS & FROMM LLP

Honorable Richard J. Holwell
United States District Judge
November 20, 2007
Page 2

The present action was filed on October 9, 2007 and sought an attachment of the property of the defendants, including Milan Nigeria, in the amount of $400,250.55. Your Honor authorized attachment in that amount in an Order dated October 10, 2007 and in an amended Order dated October 22, 2007.[2] It is the plaintiff's position in the present action that the sum of $163,730.50 is property of defendant Milan Nigeria and has been duly attached pursuant to the aforementioned Orders of this Court.

The contention by Conti-Agro that these funds are its property and not that of Milan Nigeria is highly disingenuous and is belied by Conti-Agro's own behavior. The Court should note that the electronic fund transfer of $163,730.50 was first restrained by American Express Bank Ltd. ("AEBL") in the Allied Maritime Action on or about September 11, 2007. These funds remained under attachment in the Allied Maritime Action through September 28, 2007 when the action was voluntarily dismissed. *As far as we are aware, at no time did Cont-Agro appear in the Allied Maritime Action to argue that the attached funds were its property and not that of Milan Nigeria, or to seek a vacatur of the subject attachment.*[3]

Nor did Conti-Agro appear in the Cruiser Shipping Action to dispute the attachment of the funds pursuant to Judge Koeltl's order of attachment in that case. The plaintiff in the Cruiser Shipping Action was first notified of the attachment of the $163,730.50 on September 12, 2007. Attached hereto as Exhibit "A" is an email dated September 14, 2007 from AEBL's counsel confirming the earlier notice of September 12th. As can be seen, AEBL's email also enclosed an International Money Transfer confirmation reflecting Milan Nigeria as the originator of the electronic fund transfer of $163,730.50.

Notice of the attachment by AEBL in the Cruiser Shipping Action was given to Milan Nigeria on September 13, 2007 (Exhibit "B" attached hereto). It was not until September 19, 2007 that we were first advised by AEBL that yet another bank, Deutsche Bank, had been advised "that the remitting bank, Platinumhabib Bank PLC, inadvertently named Milan Nigeria LTD as the originator of this transaction." (Exhibit "C").[4] We

---

[2] The amended Order (i) included the defendant Valechha Holdings Ltd. in the caption and (ii) included garnishee Deutsche Bank among the list of garnishees in the body of the Order.

[3] Of course, the voluntary dismissal of the Allied Maritime Action did not result in the release of the $163,730.50 attached by AEBL on September 11th, since these same funds were subject to Judge Koeltl's order of attachment in the Cruiser Shipping Action and pursuant to this Court's Orders in the present action.

[4] Platinumhabib Bank PLC is also Milan Nigeria's main banker. Therefore, it is difficult to evaluate the extent to which the belated notice of an alleged error received from that bank maybe nothing more than a favor to a good customer.

BROWN GAVALAS & FROMM LLP

Honorable Richard J. Holwell
United States District Judge
November 20, 2007
Page 3

immediately contacted AEBL and advised that it was plaintiff's position that these funds remained subject to Judge Koeltl's order of attachment in the Cruiser Shipping Action. *As far as we are aware, at no time did Cont-Agro appear in the Cruiser Shipping Action to argue that the attached funds were its property and not that of Milan Nigeria, or to seek a vacatur of the subject funds.*

Finally, plaintiff objects to Conti-Agro's effort to sidestep the procedures provided for in the Supplemental Admiralty Rules applicable to Rule B attachments. Supplemental Rule E(4)(f) provides that "any person claiming an interest" in property is entitled to a prompt hearing. Conti-Agro should be required to comply with this rule so as to allow plaintiff a full and complete opportunity to respond and to present additional evidence in opposition to the request to release the attached funds.

We thank the Court for its consideration.

Respectfully,

BROWN GAVALAS & FROMM LLP

Peter Skoufalos

PS/ag
Enclosures

cc:    (via email)
       Blank Rome LLP
       Attn.: Thomas H. Belknap, Jr., Esq.

       Zeichner Ellman & Krause LLP
       Attn.: Barry J. Glickman, Esq.

# EXHIBIT "A"

Peter Skoufalos

From:        Martha M. Fletcher [MFletcher@zeklaw.com]
Sent:        Friday, September 14, 2007 2:01 PM
To:          'pskoufalos@browngavalas.com'
Cc:          Barry J. Glickman
Subject:     RE: Cruiser Shipping Pte. Ltd. et al v. Sundersons Ltd., et al., Case 07-CV-04036 (JGK)
             [ORef.: 1593.0001]

Attachments: TRN 070911-49687.pdf


TRN
1911-49687.pdf (79

Mr. Skoufalos:

Per your request, please find attached the wire instructions for TRN 070911-49687 in connection with the
above-referenced matter.  Please let me know if you have any questions.

Martha Fletcher
Paralegal
On behalf of Barry Glickman, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
(212) 826-5351 (telephone)
(212) 753-0396 (facsimile)
e-mail: mfletcher@zeklaw.com
www.zeklaw.com

This transmission, together with any attachments, is confidential, intended for only the named recipient(s)
and may contain information that is privileged, attorney work product or exempt from disclosure under
applicable law. The sender does not waive any privilege or confidentiality in the event of an inadvertent
transmission to an unauthorized recipient. In the event of such a transmission, you are hereby notified that
any use, dissemination, distribution or copying of this message, or any attachment, is strictly prohibited.

If you have received this message in error, please immediately contact the sender and delete this e-mail and
any attachments from your computer. Thank you.

From:   Peter Skoufalos [mailto:pskoufalos@browngavalas.com]
Sent:   Friday, September 14, 2007 12:20 PM
To:     Martha M. Fletcher
Cc:     Barry J. Glickman

Subject:     Cruiser Shipping Pte. Ltd. et al v. Sundersons Ltd., et al., Case 07-CV-04036 (JGK) [ORef.:
1593.0001]

Martha,

I would be grateful if you could get back to me on my inquiry of this morning on the referenced matter.

Peter Skoufalos
Brown Gavalas & Fromm LLP
355 Lexington Avenue, 4th Floor
New York, New York 10017-6603

Tel.:  212 983-8500
Fax:  212 983-5946
Mob.: 917 686-3600

pskoufalos@browngavalas.com <blocked::mailto:pskoufalos@browngavalas.com>
www.browngavalas.com <blocked::http://www.browngavalas.com/>

---

This electronic mail transmission contains information from the law firm of Brown Gavalas & Fromm LLP, which may be privileged or confidential. The information contained herein is for the exclusive use of the addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us by telephone (212 983-8500) or by electronic mail.

2

```
         < < < INTERNATIONAL MONEY TRANSFER > > >

     RCVD FROM DEUTSCHE BANK TRUST CO. AMERICAS280 PARK AVENUE
     SENDER'S DDA #

                                   *** Message: NOT TESTED. ***
     TRN REF #: 20070911-00049687
     --------------------------------------------------------------------
       **** MESSAGE ENVELOPE ****
                                            ( Bank : USN

     SRC:CHP CALLER:                        SND DATE: 07/09/11
                                            EXT:
     RPT#        AMT:163,730.50
     TEST: {} DUE:                  CUR:USD RATE: 1.
                                    TYP:FTR/  FNDS:S CHG:DB:Y CD:Y COM:N CBL:N
     DET P/0103
     DEBIT VAL: 07/09/11            CDT D/        /          ADV:SWF
     AMT:        163,730.50 CUR:USD CREDIT VAL: 07/09/11
     DEPT:727                       AMT:        163,730.50 CUR:USD
     DEUTSCHE BANK TRUST CO. AMERICAS  MARFIN EGNATIA BANK S.A.
     280 PARK AVENUE                4, DANAIDON STR.
     NEW YORK, N.Y. 10017           GR-546 26 THESSALONIKI,GREECE
     SNDR REF NUM:                  BNF:/.
     ORDERING BNK:S/PLNINGLA                             CHG:B BK?N
     PLATINUMHABIB BANK PLC         BULK MERCHANT CORPORATION SA
     PLOT 707: ADEOLA HOPEWELL STREET
     LAGOS,NG                       ORIG TO BNF INFO:
     ORIG:
     MILAN NIGERIA LTD              PERITY          REF:MV HONG PROS


     REF NUM:IBAN:


                CHIPS 31 - RECEIVE NOTIFICATION
     [031] Receive Data:
            Format version:    02    Value date:     2007/09/11
            Line number:       01    Time sent:      13:10:34
            Send participant:  0103
            Duplicate flag:    1 (Original)
            SSN:            ISN:           OSN:
     [221] Delivery Data:
            Receive participant: 0159
            Beneficiary type:   N (Non-bank)
     [260] Amount:
     [270] PSN:              $163730.50
     [301] Charges deducted:  BEN
            Instructed Amount : USD
     [320] SWIFT field 20:              163,771.50
     [321] SWIFT field 21:    IBAN:GR750280301
     [412] Beneficiary's Bank:BEGNAGR2T
                             MARFIN EGNATIA BANK S.A.     (No CHIPS lookup)
                             4,DANAIDON STREET
     [422] Beneficiary:      THESSALONIKI, GR 54626 GREECE
     [502] Originator:       BULK MERCHANT CORPORATION SA  (No CHIPS lookup)
     [512] Originator's Bank: MILAN NIGERIA LTD           (No CHIPS lookup)
                             BPLNINGLA
                             PLATINUMHABIB BANK PLC (PMR PLATINU (No CHIPS lookup)
                             AT:HEAD TREASURY,PMB 80054, V. I
                             PLOT 707 ADEOLA HOPEWELL ST
                             LAGOS NIGERIA
```

```
[600] Orig to Benef info:
                           PERITY              , REF:MV HONG PROS

        MESSAGE HISTORY SEQUENCE
        -------------------------
USN is the owning bank. Priority:      Delivery ACK:
        REF_INDEX                REF #: 2007091100049687  11-SEP-2007 13:10:36.05
        CHIPSIN1                 SEQ #: 8983 11-SEP-2007 13:10:36.05
        CHIPSRCV                 SEQ #: 8979 11-SEP-2007 13:10:36.05
                                 AMT:
                                         163730.50ORIG OSN:     8979 PAR: 0103
        CHIPSOSN                 SSN:            PSN:           VERSION:  0
        CHIPS_IN                  PSN:           AMT:               163730.50
        CHIPSSSN                 AMT: 163730.50 TIME: 11-SEP-2007 13:10:36.05
        Memo: CHIPS TIME: 131034  SEQ #: 275251 11-SEP-2007 13:10:36.05
        CHIPSINQ          DBQ
        CHPIN LOG                AMT: 163730.50 TIME: 11-SEP-2007 13:10:36.19
        SENDREFNDX               KEY:
        SYS_MEMO
        *SYS_MEMO                *CVD:999 DVD:999 PSD:12 SSD:--- DBD:1 CBD:1
-2007 13:10:36.23                Stop_Check msg routed to EXTERNAL STOP SERVER 11-SEP
        *SYS_MEMO
        *DDA_INQ_DBT             *MRH/*MR/MAP/    /Y/$$$MAP
        *DDA_INQ_CDT             INQ_DBT  AMOUNT: 163730.50
        ISX_OUTQ                 INQ_CDT  AMOUNT: 163730.50
        ISX_PNDDLVQ       DEQ
                          ENQ SEQ: 831000  11-SEP-2007 13:10:37.30REF:
        ISX1_SRF                 2007091100049687
        ISX1_OUT                 KEY:
1100049687831000         F       SEQ #: 831000 11-SEP-2007 13:10:37.30 Info:
        ISX1_SND
1100049687831000         F       SEQ #: 831000 11-SEP-2007 13:10:37.30 Info:
        ISX1_ACK
1100049687831000         +       SEQ #: 831000 11-SEP-2007 13:10:37.35 Info:
```

# EXHIBIT "B"

## Peter Skoufalos

| | |
|---|---|
| **From:** | Peter Skoufalos [pskoufalos@browngavalas.com] |
| **Sent:** | Thursday, September 13, 2007 4:20 PM |
| **To:** | 'Vikram Valechha' |
| **Subject:** | Cruiser Shipping Pte. Ltd. et al v. Sundersons Ltd., et al., Case 07-CV-04036 (JGK) [ORef.: 1593.0001] |

**Attachments:** Second Amended Verified Complaint0001.pdf; Koeltl 2nd Amend. Order 9-6-070002.pdf.pdf

 

Second Amended     Koeltl 2nd Amend.
Verified Compla...   Order 9-6-07...

Dear Mr. Valechha,

With regard to the defendant, Milan Nigeria Ltd., this is to notify you of an attachment in the amount of US $163,730.50 by American Express Bank Ltd. pursuant to the order of attachment issued by Judge Koeltl in the referenced matter. This action, as you know, is now pending in the Southern District of New York.

A copy of the second amended verified complaint and second amended order dated Sept. 6, 2007, are attached.

Please do no hesitate to contact me if you require any further information concerning this notice.

**Peter Skoufalos**
Brown Gavalas & Fromm LLP
355 Lexington Avenue, 4th Floor
New York, New York 10017-6603

Tel.:  212 983-8500
Fax:  212 983-5946
Mob.: 917 686-3600

pskoufalos@browngavalas.com
www.browngavalas.com

---

This electronic mail transmission contains information from the law firm of Brown Gavalas & Fromm LLP, which may be privileged or confidential. The information contained herein is for the exclusive use of the addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us by telephone (212 983-8500) or by electronic mail.

# EXHIBIT "C"

## Peter Skoufalos

| | |
|---|---|
| **From:** | Martha M. Fletcher [MFletcher@zeklaw.com] |
| **Sent:** | Wednesday, September 19, 2007 4:27 PM |
| **To:** | 'pskoufalos@browngavalas.com' |
| **Cc:** | Barry J. Glickman |
| **Subject:** | FW: Cruiser Shipping Pte. Ltd. et al v. Sundersons Ltd., et al., Case 07-CV-04036 (JGK) [ORef.: 1593.0001] |

Mr. Skoufalos:

Further to our telephone conversation today concerning the referenced matter, the following is a portion of a SWIFT message from Deutsche Bank Trust Co. Americas to American Express Bank in which it explains that the remitting bank, Platinumhabib Bank PLC, inadvertently named Milan Nigeria LTD as the originator of this transaction (TRN 070911-49687) when, in fact, the true originator is Conti-Agro Nigeria Limited. Please let us know if you need additional information.

Quality has received the below swift message, please advise:

:20:070912 604641
:21:AEB0725501203
:76:.
.79.IN REFERENCE TO YOUR MESSAGE DD 09/12/07 UNDER REFERENCE AEB0725501203 WE REFER TO SSN DATED 09/11/07 FOR USD 163,730.50 BY ORDER OF PLATINUMHABIB BANK PLC (FMR PLATINU LAGOS, NIGERIA.
AS REQUESTED THE FOLLOWING ARE CORRECTED DETAILS AS CONFIRMED BY THE REMITTING BANK PLATINUMHABIB BANK PLC REGARDING THE ABOVE REFERENCED TRANSACTION:QUOTE:KINDLY AMEND TAG 50K TO READ:CONTI-AGRO NIGERIA LIMITED ACCOUNT NUMBER:107102000300 WITH PLATINUM HABIB BANK PLC.

ALSO AMEND TAG 70 TO READ:PURPOSE:PAYMENT OF FREIGHT FOR MV HONG PROPERITY ALL OTHER TERMS REMAIN SAME .
PLEASE TREAT AS URGENT, AS ERROR IS FROM THE BANK THANKS FOR YOUR CO-OPERATION. END QUOTE
PLEASE AVOID DUPLICATION. PLEASE CONFIRM IF FUNDS WILL AND OR NOT BE RELEASE CONCERNING THIS AMENDMENT REQUEST NO INDEMNITY IMPLIED.

PLEASE QUOTE OUR REFERENCE NUMBER, 070912604641 IN ALL FUTURE CORRESPONDENCE RELATING TO THIS CASE.

REGARDS, ROY BOOTH PAYMENT INVESTIGATIONS

Martha Fletcher
Paralegal
On behalf of Barry Glickman, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
(212) 826-5351 (telephone)
(212) 753-0396 (facsimile)
e-mail: mfletcher@zeklaw.com
www.zeklaw.com

11/20/2007

This transmission, together with any attachments, is confidential, intended for only the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, you are hereby notified that any use, dissemination, distribution or copying of this message, or any attachment, is strictly prohibited.

If you have received this message in error, please immediately contact the sender and delete this e-mail and any attachments from your computer. Thank you.

-----Original Message-----
From: Martha M. Fletcher
Sent: Friday, September 14, 2007 2:01 PM
To: 'pskoufalos@browngavalas.com'
Cc: Barry J. Glickman
Subject: RE: Cruiser Shipping Pte. Ltd. et al v. Sundersons Ltd., et al., Case 07-CV-04036 (JGK) [ORef.: 1593.0001]

Mr. Skoufalos:

Per your request, please find attached the wire instructions for TRN 070911-49687 in connection with the above-referenced matter.  Please let me know if you have any questions.

Martha Fletcher
Paralegal
On behalf of Barry Glickman, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
(212) 826-5351 (telephone)
(212) 753-0396 (facsimile)
e-mail: mfletcher@zeklaw.com
www.zeklaw.com


This transmission, together with any attachments, is confidential, intended for only the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, you are hereby notified that any use, dissemination, distribution or copying of this message, or any attachment, is strictly prohibited.

If you have received this message in error, please immediately contact the sender and delete this e-mail and any attachments from your computer. Thank you.


From:   Peter Skoufalos [mailto:pskoufalos@browngavalas.com]
Sent:   Friday, September 14, 2007 12:20 PM
To:     Martha M. Fletcher
Cc:     Barry J. Glickman
Subject:    Cruiser Shipping Pte. Ltd. et al v. Sundersons Ltd., et al., Case 07-CV-04036 (JGK) [ORef.: 1593.0001]

Martha,

I would be grateful if you could get back to me on my inquiry of this morning on the referenced matter.

Peter Skoufalos
Brown Gavalas & Fromm LLP
355 Lexington Avenue, 4th Floor


11/20/2007

New York, New York 10017-6603

Tel.:  212 983-8500
Fax:  212 983-5946
Mob.: 917 686-3600

pskoufalos@browngavalas.com <blocked::mailto:pskoufalos@browngavalas.com>
www.browngavalas.com <blocked::http://www.browngavalas.com/>

This electronic mail transmission contains information from the law firm of Brown Gavalas & Fromm LLP, which
may be privileged or confidential. The information contained herein is for the exclusive use of the addressee
named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of
this information is prohibited. If you have received this electronic mail transmission in error, please notify us by
telephone (212 983-8500) or by electronic mail.

11/20/2007

BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1116 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1975-1999)
ROBERT J. SEMINARA
(1987-1999)

November 26, 2007

**BY HAND**

Honorable Richard J. Holwell
United States District Judge
500 Pearl Street, Room 1950
New York, New York 10007

Re:     Jalapa Shipping Limited v. Sundersons Ltd., et al.
        07 Civ. 8715 (RJH)
        Our File No.: 1593.0003

Dear Judge Holwell:

We are counsel for the plaintiff in the referenced matter.

We last wrote to the Court on Wednesday morning, November 21st, in response to correspondence sent by attorneys representing a non-party, Conti-Agro Nigeria Limited ("Conti-Agro"). Since our last letter, a further letter has been sent to the Court by Conti-Agro's attorneys and by counsel for the garnishee bank, American Express Bank Ltd. ("AEBL").

Initially, we wish to note again that the proper method of challenging a Rule B attachment is a motion under Supplemental Rule E(4)(f); not a flurry of letters sent to the Court on the eve of the Thanksgiving Day holiday. It is simply inappropriate for Conti-Agro to attempt to vacate a duly-ordered Rule B attachment without allowing plaintiff a full opportunity to respond in the form of affidavits and memoranda of law.

Second, Conti-Agro's arguments are, on their face, unconvincing. What is clear is that the defendant, Milan Nigeria Ltd. ("Milan Nigeria") and Conti-Agro are part of the same corporate group and may be using their corporate names interchangeably——perhaps

BROWN GAVALAS & FROMM LLP

Honorable Richard J. Holwell
United States District Judge
November 26, 2007
Page 2

for the sole purpose of avoiding Rule B attachments.    Moreover, it is indeed plaintiff's position that Conti-Agro waived any right it may have had to contest the restraint of these funds by sitting on its hands in two prior actions in which these same funds ($163,730.50) were attached as property of Milan Nigeria.  In essence, Milan Nigeria and Conti-Agro are relying on their alleged corporate "separateness" only when it is convenient to avoid a duly issued order of attachment from this Court.

The self-serving nature of Cont-Agro's current argument is also highlighted in the letter of AEBL's counsel to the Court dated November 21, 2007.  As Mr. Glickman points out, the defendants in the present case and Conti-Agro have not always been consistent in maintaining a separate corporate identity.  The defendants should not be rewarded for creating and then exploiting an ambiguous corporate affiliation with Conti-Agro.

Third, Conti-Agro itself need not be a named defendant for the subject funds to be subject to this Court's attachment order. "A plaintiff need not aver an alter-ego relationship in the Complaint for a Rule B attachment to be proper," *Essar Int'l Ltd. v. Martrade Gulf Logistics, FZCO*, 2007 U.S. Dist. LEXIS 61713 (SDNY 8/23/07), citing *Maersk, Inc. v. Neewra, Inc.*, 443 F.Supp. 2d 519, 527-30 (whether grounds exist for Rule B attachment not limited to allegations of Complaint).

In the present case, the Court should find that, at a minimum, defendant Milan Nigeria has an interest in the attached funds and that these funds continue to be subject to the Court's attachment order in this case.

We thank the Court for its consideration and remain available to appear before Your Honor in regard to this matter.

Respectfully,

BROWN GAVALAS & FROMM LLP

Peter Skoufalos

PS/ag
Enclosures

BROWN GAVALAS & FROMM LLP

Honorable Richard J. Holwell
United States District Judge
November 26, 2007
Page 3

cc:    (via email)
       Blank Rome LLP
       Attn.: Thomas H. Belknap, Jr., Esq.

       Zeichner Ellman & Krause LLP
       Attn.: Barry J. Glickman, Esq.

# EXHIBIT

## "B"

ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

BARRY J. GLICKMAN
(212) 826-5327
bglickman@zeklaw.com

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

November 21, 2007

**BY HAND**

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
Room 1950
New York, New York 10007

**Jalapa Shipping Limited v. Sundersons Ltd. et al.**
**07 CV 8715 (RJH)**

Dear Judge Holwell:

        We are counsel to non-party garnishee American Express Bank Ltd. ("AEB") in connection with a Process of Maritime Attachment and Garnishment ("PMAG") served in the referenced matter. We write further to the letters of counsel to non-party Conti-Agro Nigeria Limited ("Conti-Agro") and plaintiff dated November 19, 2007 and November 20, 2007, respectively.

        Conti-Agro's counsel makes the point that by e-mail dated October 25, 2007 he asked us to release the restraint placed on the subject transfer on or about September 11, 2007. At that time, counsel said nothing about his representation of Conti-Agro. Rather, he identified himself as counsel to "defendants Sundersons, et. al." and stated that "Defendants have been receiving pressure from Conti-Agro to do the necessary to ensure that this attachment is released immediately." To be sure, initially we were somewhat confused by counsel's request because the subject wire transfer was blocked in the first instance at his very request when he was counsel of record to plaintiff in the Allied Maritime Action. In this regard, we note that on September 19, 2007 we gave counsel notice of AEB's receipt of the message in which it was told that

ZEICHNER ELLMAN & KRAUSE LLP

Honorable Richard J. Holwell
November 21, 2007
Page 2

the originator was incorrect and asked if, under the circumstances, it was plaintiff
Allied's intention to continue to interfere with the transaction. By e-mail dated
September 24, 2007 (copy enclosed) plaintiff Allied's counsel, who now represents
"defendants Sundersons, et. al." and Conti-Agro, by his paralegal, confirmed that
plaintiff Allied wanted AEB to "continue to restrain the funds."

We bring this to this Court's attention to emphasize that AEB is caught
between the proverbial rock and a hard place in the sense that once the funds were
blocked it did not have the resources to conclusively determine the true originator of the
subject wire transfer. In light of this fundamental truism, on or about October 25, 2007
we told Cont-Agro's counsel that the correct mechanism by which this matter was to be
resolved with finality was by way of a court order. Indeed, we have had no contact with
either party's attorney since then.

AEB has, at all times, acted in good faith and with the sole objective of
honoring and adhering to the letter and spirit of the PMAG. Surely, AEB will not
release the funds without a court-order or the mutual consent of the parties. In an effort
to avoid ambiguity and provide clarity, we respectfully ask this Court to give its
guidance and determine whether the disputed funds should continue to be restrained or
if the subject wire transfer may proceed pursuant to the original wire instructions.

Respectfully,

Barry J. Glickman

BJG:jd
Enclosure

cc:    Thomas H. Belknap, Jr., Esq (by e-mail, w/encl)
       Peter Skoufalos, Esq. (by e-mail, w/encl.)

514483.01/10597-002/BJG

**Barry J. Glickman**

| | |
|---|---|
| **From:** | Mitchell, Neal [nmitchell@BlankRome.com] |
| **Sent:** | Monday, September 24, 2007 8:52 AM |
| **To:** | Martha M. Fletcher |
| **Cc:** | Barry J. Glickman; Belknap, Thomas H. |
| **Subject:** | RE: Allied Maritime Inc. and Maritima Allied PTE Ltd., v. Milan Nigeria Ltd., - S.D.N.Y 07 Civ. 3522 (PKC) - Our Ref. No. 601704-00002 |

Ms. Fletcher

Please continue to restrain the funds in the captioned matter.

**Neal Mitchell | Paralegal | Blank Rome LLP**
The Chrysler Building, 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5146 | Fax: 212.885.5001 | Email: NMitchell@BlankRome.com

---

**From:** Martha M. Fletcher [mailto:MFletcher@zeklaw.com]
**Sent:** Thursday, September 20, 2007 1:57 PM
**To:** Mitchell, Neal
**Cc:** Barry J. Glickman
**Subject:** RE: Allied Maritime Inc. and Maritima Allied PTE Ltd., v. Milan Nigeria Ltd., - S.D.N.Y 07 Civ. 3522 (PKC) - Our Ref. No. 601704-00002

Mr. Mitchell:

Per your request, please find attached the wire instructions for TRN 070911-49687 in connection with the above-referenced matter. Please let me know if you have any questions.

Martha Fletcher
Paralegal
On behalf of Barry Glickman, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
(212) 826-5351 (telephone)
(212) 753-0396 (facsimile)
e-mail: mfletcher@zeklaw.com
www.zeklaw.com

This transmission, together with any attachments, is confidential, intended for only the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, you are hereby notified that any use, dissemination, distribution or copying of this message, or any attachment, is strictly prohibited.

11/21/2007

If you have received this message in error, please immediately contact the sender and delete this e-mail and any attachments from your computer. Thank you.

**From:** Mitchell, Neal [mailto:nmitchell@BlankRome.com]
**Sent:** Thursday, September 20, 2007 12:31 PM
**To:** Martha M. Fletcher
**Subject:** RE: Allied Maritime Inc. and Maritima Allied PTE Ltd., v. Milan Nigeria Ltd., - S.D.N.Y 07 Civ. 3522 (PKC) - Our Ref. No. 601704-00002

Dear Ms. Fletcher

I have forwarded your notice to the attorney on this matter and he requests the original SWIFT message of this transaction. Please let me know if you can provide as it will aid us in determining whether or not we will continue to restrain these funds.

Thank you.

**Neal Mitchell | Paralegal | Blank Rome LLP**
The Chrysler Building 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5000 | Fax: 212.885.5001 | Email: NMitchell@BlankRome.com

**From:** Martha M. Fletcher [mailto:MFletcher@zeklaw.com]
**Sent:** Wednesday, September 19, 2007 5:33 PM
**To:** Mitchell, Neal
**Cc:** Barry J. Glickman
**Subject:** Allied Maritime Inc. and Maritima Allied PTE Ltd., v. Milan Nigeria Ltd., - S.D.N.Y 07 Civ. 3522 (PKC) - Our Ref. No. 601704-00002

Dear Mr. Mitchell:
On September 12, 2007, you asked American Express Bank to block funds in the amount of 163,730.50 originating from Milan Nigeria Ltd. In connection with this transaction, the following is a portion of a SWIFT message from Deutsche Bank Trust Co. Americas to American Express Bank in which it explains that the remitting bank, Platinumhabib Bank PLC, inadvertently named Milan Nigeria LTD as the originator of this transaction (TRN 070911-49687) when, in fact, the true originator is Conti-Agro Nigeria Limited.

In light of the foregoing, please let me know if it is still plaintiff's intention to interfere with this transaction.

Quality has received the below swift message, please advise:

:20:070912 604641
:21:AEB0725501203
:76:.
.79.IN REFERENCE TO YOUR MESSAGE DD 09/12/07 UNDER REFERENCE AEB0725501203
WE REFER TO SSN DATED 09/11/07 FOR USD 163,730.50 BY ORDER OF PLATINUMHABIB
BANK PLC (FMR PLATINU LAGOS, NIGERIA .
AS REQUESTED THE FOLLOWING ARE CORRECTED DETAILS AS CONFIRMED BY THE

11/21/2007

REMITTING BANK PLATINUMHABIB BANK PLC REGARDING THE ABOVE REFERENCED TRANSACTION:QUOTE:KINDLY AMEND TAG 50K TO READ:CONTI-AGRO NIGERIA LIMITED ACCOUNT NUMBER:107102000300 WITH PLATINUM HABIB BANK PLC.

ALSO AMEND TAG 70 TO READ:PURPOSE:PAYMENT OF FREIGHT FOR MV HONG PROPERITY ALL OTHER TERMS REMAIN SAME .
PLEASE TREAT AS URGENT, AS ERROR IS FROM THE BANK THANKS FOR YOUR CO-OPERATION.
END QUOTE
PLEASE AVOID DUPLICATION. PLEASE CONFIRM IF FUNDS WILL AND OR NOT BE RELEASE CONCERNING THIS AMENDMENT REQUEST NO INDEMNITY IMPLIED.

PLEASE QUOTE OUR REFERENCE NUMBER, 070912604641 IN ALL FUTURE CORRESPONDENCE RELATING TO THIS CASE.

REGARDS, ROY BOOTH PAYMENT INVESTIGATIONS

Martha Fletcher
Paralegal
On behalf of Barry Glickman, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
(212) 826-5351 (telephone)
(212) 753-0396 (facsimile)
e-mail: mfletcher@zeklaw.com
www.zeklaw.com

This transmission, together with any attachments, is confidential, intended for only the named recipient (s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, you are hereby notified that any use, dissemination, distribution or copying of this message, or any attachment, is strictly prohibited.
If you have received this message in error, please immediately contact the sender and delete this e-mail and any attachments from your computer. Thank you.


*******************************************************************************************
This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.
*******************************************************************************************


Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax

11/21/2007

transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed herein.

**************************************************************************

11/21/2007

Peter Skoufalos

From:          John Delaney [JDelaney@zeklaw.com] on behalf of Barry J. Glickman
                       [bglickman@zeklaw.com]
Sent:          Wednesday, November 21, 2007 2:07 PM
To:             'Thomas H. Belknap (TBelnap@blankrome.com)'; 'pskoufalos@browngavalas.com'
Subject:       Jalapa Shipping Limited v. Sundersons Ltd. et al.

Attachments:    Letter to Honorable Richard J. Holwell.PDF

Please see attached.
John Delaney
Legal Secretary to Barry J. Glickman, Esq.
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

Letter to Honorable
Richard J....,

1

# EXHIBIT

# "C"

CASTEL, J

BLANK ROME, LLP
Attorneys for Plaintiffs
ALLIED MARITIME INC. and
MARITIMA ALLIED PTE LTD.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLIED MARITIME INC. and
MARITIMA ALLIED PTE LTD.,

                    Plaintiffs,

          -against-

MILAN NIGERIA LTD.,

                    Defendant.

07 Civ. 3522 (PKC)

NOTICE OF VOLUNTARY
DISMISSAL AND RELEASE
OF RULE B ATTACHMENT

PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendant, and

WHEREAS, pursuant to Order for Process of Maritime Attachment entered May 2, 2007, this Court issued a Process of Maritime Attachment and Garnishment against the property belonging to defendant, MILAN NIGERIA LTD., under the control of, or held by various garnishees in New York.

NOW, on the consent of the attorney for plaintiff, it is

ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of Maritime Attachment and Garnishment issued in this action, be and is hereby vacated.

311817.1
601704.00002/6577989v.1

1

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:      New York, New York
            September 27, 2007

                              BLANK ROME, LLP
                              Attorneys for Plaintiff
                              ALLIED MARITIME INC. and
                              MARITIMA ALLIED PTE LTD.


                              By_____
                                  Thomas H. Belknap, Jr (TB-3188)
                              The Chrysler Building
                              405 Lexington Ave.
                              New York, NY  10174-0208
                              (212) 885-5000


SO ORDERED:

_____
         U.S.D.J.

9-28-07

CLOSED, ECF

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-03522-PKC**

Allied Maritime, Inc. et al v. Milan Nigeria, Ltd.
Assigned to: Judge P. Kevin Castel
Demand: $1,890,000
Cause: 28:1333 Admiralty

Date Filed: 05/02/2007
Date Terminated: 09/28/2007
Jury Demand: None
Nature of Suit: 120 Contract: Marine
Jurisdiction: Federal Question

**Plaintiff**

**Allied Maritime, Inc.**

represented by **Thomas Hunt Belknap, Jr**
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Fax: 212-885-5001
Email: tbelknap@blankrome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maritima Allied PTE., Ltd.**

represented by **Thomas Hunt Belknap, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Milan Nigeria, Ltd.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2007 | 1 | COMPLAINT against Milan Nigeria, Ltd.. (Filing Fee $ 350.00, Receipt Number 613825)Document filed by Allied Maritime, Inc., Maritima Allied PTE., Ltd..(tro) Additional attachment(s) added on 5/11/2007 (Becerra, Maribel). (Entered: 05/03/2007) |
| 05/02/2007 | | SUMMONS ISSUED as to Milan Nigeria, Ltd.. (tro) (Entered: 05/03/2007) |
| | | |

| 05/02/2007 | | Magistrate Judge Ronald L. Ellis is so designated. (tro) (Entered: 05/03/2007) |
|---|---|---|
| 05/02/2007 | | Case Designated ECF. (tro) (Entered: 05/03/2007) |
| 05/02/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Allied Maritime, Inc., Maritima Allied PTE., Ltd..(tro) Additional attachment(s) added on 5/11/2007 (Becerra, Maribel). (Entered: 05/03/2007) |
| 05/02/2007 | 3 | ORDER APPOINTING PROCESS SERVER: Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome, LLP is appointed to serve the order directing clerk to issue process of maritime attachment and garnishment, the process of maritime attachment and any supplemental process and a copy of the verified complaint on garnishees identified in the garnishment order issued by the court and such additional garnishees as so permitted therein. (Signed by Judge P. Kevin Castel on 5/2/07) (dle) (Entered: 05/03/2007) |
| 05/02/2007 | 4 | ORDER directing the clerk to issue Maritime Attachment and Garnishment: that process of maritime attachment and garnishment shall issue to the garnishees named in Schedule A hereto, against all tangible or intangible property belonging to claimed by or being held for the dft by any garnishees within this District including but not limited to electronic fund transfers originated by, payable to, or otherwise for the benefit of dft, whether to or from the garnishee banks or any other electronic fund transfers in an amount of up to $1,890,041.85 pas further set forth in this order. (Signed by Judge P. Kevin Castel on 5/2/07) (dle) (Entered: 05/03/2007) |
| 05/07/2007 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Thomas Hunt Belknap, Jr for noncompliance with Section (3) of the S.D.N.Y. 3rd Amended Instructions For Filing An Electronic Case or Appeal and Section 1(d) of the S.D.N.Y. Procedures For Electronic Case Filing. E-MAIL the PDF for Document 1 Complaint, 2 Rule 7.1 Corporate Disclosure Statement to: case_openings@nysd.uscourts.gov. (laq) (Entered: 05/07/2007) |
| 05/07/2007 | 5 | ORDER RE SCHEDULING AND INITIAL PRETRIAL CONFERENCE. See order, the parties will prepare a joint letter and a case management plan. Initial Conference set for 6/15/2007 11:45 AM in Courtroom 12C, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 5/7/07) (ad) (Entered: 05/07/2007) |
| 06/04/2007 | 6 | ENDORSED LETTER addressed to Judge P. Kevin Castel from Thomas H. Belknap, Jr. dated 6/1/07 re: counsel for plaintiff requests a 45-60 day extention of the preliminary confrence set for 6/15/07. } Application GRANTED. The Initial Conference is adjourned to 7/27/07 at 10:00 a.m. Initial Conference set for 7/27/2007 (AT) 10:00 AM before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 6/4/07) (db) (Entered: |

| | | 06/05/2007 |
|---|---|---|
| 07/17/2007 | 7 | ENDORSED LETTER addressed to P. Kevin Castel from Thomas H. Belknap, Jr. dated 6/1/07 re: Plaintiffs request that the preliminary conference currently scheduled for 7/27/07 be adjourned for 60 days. ENDORSEMENT: Final Adjournment. Conference adjourned from 7/27/07 to October. (Signed by Judge P. Kevin Castel on 7/17/07) (ae) (Entered: 07/18/2007) |
| 07/17/2007 | 8 | ENDORSED LETTER addressed to Judge Castel from Thomas H. Belknap, Jr. dated 7/16/2007 re: Requesting an adjournment of the initial pretrial conference for 60 days. ENDORSEMENT: Final Adjournment. Conference adjourned from July July 27 to October 12, 2007 at 10:00 a.m..Initial Conference set for 10/12/2007 at 10:00 AM in Courtroom 12C, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 7/17/2007) (ad) (Entered: 07/26/2007) |
| 09/28/2007 | 9 | NOTICE OF VOLUNTARY ORDER DISMISSAL AND RELEASE OF RULE B ATTACHMENT: It is ORDERED, that pursuant to Fed. R. Civ. P. Supplemental Rule B(5)(c), the Process of Maritime Attachment and Garnishment issued in this action, be and is hereby vacated. It is ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. (Signed by Judge P. Kevin Castel on 9/28/07) (tro) (Entered: 09/28/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/31/2007 11:27:50 | | | |
| PACER Login: | bg0261 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-03522-PKC |
| Billable Pages: | 2 | Cost: | 0.16 |

# EXHIBIT

## "D"

supply buy.com
**Global b2b Network**

supply buy

Join our world wide b2b network...
It takes 1 minute to become:
**B2B Network Free Member (100% Free)**
Join Now ►

Milan Nigeria Limited

Supplynbuy service
Do you feel safe to establish relationship
to this company?)

let us help you...

Similar products

/ Agriculture & Food

Company profile

Milan Nigeria Limited is known as the Efficient Business Group,Milan & its associate companies Cover wide range of products & services with interests in
Trading, Shipping, Hotel,Real Estate, Exports & Imports
Conti Agro Nigeria Limited an associate company is in the business of exports from West Africa and export agrproduce, forestry, Gems & stones, solid
minerals,fruits & vegetables.
To name few,
Cocoa Beans, Sesame Seeds, Cashew Nuts, Gum Arabic & Dried & Split Ginger.

Member since: 31-08-2007
Last login: 01-09-2007

Contact details

Company Name                  **Milan Nigeria Limited**
Company Address               243 B Kofo Abayomi Street
Zip Code                      ——
City                          Lagos
Country                       NIGERIA
Phone number                  461970 xx xx
Fax Number                    262633xx xx

Contact Person                Ajit S.Gaonkar
Web Address                   (Hidden)

This company did chose to hide contact details...
To see details (USD 0.1), please add money to your SupplyNbuy account.

Printed from www.supplyNbuy.com    Date: 28-12-2007 · Time: 17:54:45

# EXHIBIT

## "E"

Conti Agro Nigeria Limited - Manufacturer, Trading Company                    Page 1 of 2


Alibaba.com™
Global trade starts here.™

Home | Sign In | Join Now | 💬 TradeManager | 📄 Translate this page| Search all suppliers [    ] 🔍

For Buyers    For Sellers    Community    My Alibaba    Help

Home > Buy > Conti Agro Nigeria Limited

Free Member
LISTED SINCE 2007

- 🗋 Products
- 🗋 Selling Leads
- ⊟ About Us
  - TrustPass Profile
  - Contact Information
  - Trade Show Interests

# Conti Agro Nigeria Limited

 Contact Now    Offline

## About Us
                                                                See our Company Profile

Conti Agro Nigeria Limited is an Export Company operating under flagship company Milan Nigeria Limited and exports agro produce solid minerals, forestry, fruits & vegetables etc.

## Basic Information

| | |
|---|---|
| Company Name: | Conti Agro Nigeria Limited |
| Business Type: | Manufacturer, Trading Company |
| Product/Service: | Raw Cashew Nuts In Shell, Sesame Seeds, Dried & Split Ginger, Cocoa Beans, Gum Arabic Grade 1 & 2 |
| Company Address: | 243, Kofo Abayomi Street, Victoria Island, Lagos, Nigeria |
| No. of Total Employees: | 501 - 1000 People |

## Ownership & Capital

| | |
|---|---|
| Year Established: | 1982 |
| Legal Representative/Business Owner: | Ramesh Valecha |
| Registered Capital: | US$10 Million - US$50 Million |
| Ownership Type: | Corporation/Limited Liability Company |

## Trade & Market

| | |
|---|---|
| Main Markets: | North America, South America, Eastern Europe, Southeast Asia, Africa, Oceania, Mid East, Eastern Asia, Western Europe |
| Main Customer(s): | Cadbury, Amul India |
| Total Annual Sales Volume: | Above US$100 Million |
| Export Percentage: | 71% - 80% |
| Total Annual Purchase Volume: | Above US$100 Million |

## Factory Information

| | |
|---|---|
| Factory Size: | 1,000-3,000 square meters |
| Factory Location: | Illupeju, Lagos |
| QA/QC: | In House |
| No. of Production Lines: | 4 |
| No. of R&D Staff: | Less than 5 People |
| No. of QC Staff: | Less than 5 People |

http://www.alibaba.com/company/100073352.html                    12/28/2007

| Contract Manufacturing: | Buyer Label Offered |
|---|---|

## Contact Us

Conti Agro Nigeria Limited [View Company Details] [Nigeria]

Address: 243, Kofo Abayomi Street, Victoria Island, Lagos, Nigeria

Offline     View Contact Details

This member's information has NOT been authenticated or verified by Alibaba or any third party. Only Alibaba Gold Suppliers and TrustPass members have completed an Authentication and Verification procedure conducted by third-party credit-reporting agencies.

For more information on Alibaba Gold Supplier and TrustPass membership, Click here

Didn't find what you're looking for? Post a buying lead.

### Trade Articles & Discussions in *Community*

More



**Read AliBiz today!**
Take part in our Quiz and win big prizes!
→ click here now!



Does email marketing help find new customers?
Read the Fourth issue of AliBiz and Win fantastic prizes!
China to complete its city road network
Coal prices to increase up to 10% next year

Email this page     Bookmark this page     Print this Page

Home - Gold Suppliers - Buy - Sell - Trade Shows - My Alibaba - China Export Services
Company Info - Help - Site Map - Partnerships - Customer Service
Browse Alphabetically: All Products, Importers, China, Countries - Archive
Alibaba Group - Alibaba China - Alibaba Japan - Alipay - Taobao - Yahoo! China - Koubei.com - Alisoft - Alimama

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use - Safe Trading Tips
Copyright Notice © 1999-2007 Alibaba.com Corporation and its licensors. All rights reserved.

http://www.alibaba.com/company/100073352.html

12/28/2007

# EXHIBIT

# "F"

**Peter Skoufalos**

| | |
|---|---|
| **From:** | Ramesh Valechha [rameshvalechha@milangrp.com] |
| **Sent:** | Monday, September 17, 2007 12:14 AM |
| **To:** | pskoufalos@browngavalas.com |
| **Cc:** | Vikram Valecha; Rajeshvalechha@milannigeria.com |
| **Subject:** | Re: Cruiser Shipping Pvt Ltd |

**Dear Mr Skoufalos**

As Vikram is travelling, I am replying on his behalf.

As communicated to you earlier, Milan Nigeria Limited has nothing to do with that transfer and Milan Nigeria Ltd did not originate any payment against any Hong Prosperity.

There must be some error somewhere and we advise that you please check with the originating banks.

**Regards**

**Ramesh Valechha**

# EXHIBIT

# "G"

## Europe.Bloombiz.com

You are invited to become part of an
exciting International B2B Network

**Make Europe Bloombiz.com your HomePage!
Start your daily trading with us!**



**NEED MORE SALES?**

Let Us Work for you!

Top Members receive:
- Automated Product Promotion
- AutoContact

With AutoContact, we invite matching buyers and sellers on behalf of you to review your profile and get in touch with you.

**Become a Gold or Platinum Member**

and receive 1year Automated Promotion for your products + many more exclusive features!

Browse **Trade Leads** within the marketplace. Or  [ * type your search term here * ]  Products   [Find Now!]

**Europe B2B Directory**
**European Companies**
**European Trade Leads**
**European Products**

⊕ Home  ⊕ Browse by Country  ⊕ Quick Search  ⊕ Site Map  ⊕ Terms of Service  ⊕ Help

— Join Free · Login · Forgot Password? —

**Used Milan**
Search Certified Pre-Owned inventory. Find your Mercury Milan.
MercuryCertifinc.com

**Going to Milan?**
Find What to See & Do, Where to Stay for Less, and When to Go.
www.ExpediaGuides.com

— Link to Us · Use our Content —

**LeadPile ™ - The Leader**
The World's First Exclusive Lead Marketplace -
877-LEAD-PILE
www.LeadPile.com

Ads by Google

Home   Companies   Trade Leads   Products   Biz Keywords   Resources   Sellers   Buyers   My Account
Directory   My Trade Leads   Add Trade Lead   Send Targeted Trade Leads   Trade Alert   Trade Leads by Country

› Trade Leads Directory › All Trade Leads › Vegetables › Milling Industry Products › Raw Cashew Nuts

## Europe.Bloombiz.com - View Trade Lead - Raw Cashew Nuts

Promote your Business in Europe. Join FREE!  ⊕ Enter Your E-mail Address  [ Register for FREE! ]
Manufacturers  Distributors / Wholesalers  Trading Companies  Agents  Buying Offices  Importers / Exporters

## » Raw Cashew Nuts (Offer to Sell)

~~Milan Nigeria Limited~~          [TOP Member]       [Respond Online]

[Get Contact Information]

**Contact Now!**
Milan Nigeria Limited
[TOP Member]
5 Trade Leads posted
1 Product on sale

### Trade Lead Description:

Ads by Google

At Milan, the Efficient Business Group, we measure our success by yours. Milan Group & its associates companies we cover a wide range of Products with interest in trading, shipping, transport, hotel, imports, real estate and Exports. We export agricultural commodities, solid minerals, forestry, fruits & vegetables.
We are pleased to offer you RAW CASHEW NUTS on the following terms:

Origin: Nigeria/Benin.
Product: RAW CASHEW NUTS.
Price: US$ 575 FOB Lagos/Kotinu
Quantity: 100 to 500MTs
Quality Specifications:
Moisture: 10%
Nut Count: 180-200 per Kg.
Out-Turn – 48-50lb
Defective: 10%
Shipment & Delivery: within 21-30 days from the date of receipt of acceptable Letter of Credit
Validity of offer: ten days
Posted from Nigeria - Lagos on 27 September, 2007

**Buy and Sell Molybdenum**

Buy and Sell Molybdenum Metal with MMA at Competitive rates

www.mn-a.com

**Members Login**

E-Mail Address: [            ]
Password: [            ]
☐ Store my password
[Login Now]

Forgot password?
Can't login?

Not a member?
Register for FREE!

Business News

| Type of Offer: | Offer to Sell |
| Quantity: | 100-500Mts |
| Packaging: | 80Kgs in Jute Bags |
| Price / Incoterms Conditions: | US $ 575 FOB Lagos/Benin |
| Company Name: | Milan Nigeria Limited [TOP Member] |
| Contact Person: | Ajit Gaonkar |
| Location: | Nigeria - Lagos
Hotels in Lagos, Nigeria
Companies from Nigeria
Trade Leads from Nigeria
Products from Nigeria |
| Classification: | Vegetables - Milling Industry Products |

Contact Information

## Join Now or Login
to contact Trade Lead Poster!

**Similar Trade Leads:**
Shea nuts, Shea butter raw
Plastic Raw Materials

Browse by Continent

**What's New?**

› Companies
› Products
› Trade Leads
› Buying Requests
› Selling Offers
› Opportunities

**Popular Searches**

› milling industry products buyers
› food additives buyers
› wheat buyers
› palm oil buyers
› vegetable oils buyers
› agro products buyers
› pumpkin seeds buyers
› jute products buyers
› rice buyers
› potato granules buyers

**Quick Links**

Sell: Raw Cashew Nuts, Nigeria - Lagos Importers / Exporters - European Business Direc...    Page 2 of 2

Rattan Raw Material, Rattan Furniture, Rattan Walking Sticks
Raw Coffee
Pharma raw materials
*More Raw Cashew Nuts Trade Leads*

**Related Site Sections:**
Company Directory: Vegetables – Milling Industry Products
Biz Keywords: Vegetables – Milling Industry Products
Product Showroom: Vegetables – Milling Industry Products
Latest Business News
ODP: Business: Food and Related Products: Produce
ODP: Business: Food and Related Products: Grains and Legumes
ODP: Business: Agriculture and Forestry
ODP: Business: Agriculture and Forestry: Horticulture

**Free Magazines:**

**Website Magazine** Has tapped premier talent in the Internet industry for our content and each and every issue will contain practical advice and insights for website owners.

**The Deal** is the indispensable newsweekly for all dealmakers covering M&A, bankruptcy, private equity, venture capital, law & tax, corporate restructuring, and much more.

**Landscape Construction** Focuses on line equipment and techniques for successful commercial & residential site prep and landscaping.

View More Trade Leads

Search For:
Trade Leads [            ] [        ]
Europe.Bloombiz.com  ⦿ or ⦾ and ⦾ exact phrase

Home
Browse by Country
Browse Trade Leads
Browse Companies
Browse Products
Browse Biz Keywords
ODP Directory
Partner / Trade Links

Advertisement

Want to Accept
Credit Cards

* Business Hosting
* Business Website
* Business Leads
>> More on Visitory.com

WSI Profit from the Internet

------ Quick ------
Advertisement
*Have a Website?*

More Resources

Companies
Trade Leads
Products
Websites

**Copyright 2003 – 2008 - Europe.Bloombiz.com**
Top Searches | European Importers & Exporters | European Manufacturers | European Distributors | European Trading Companies
**Powered by www.tradeholding.com**
Statistics: Companies: 179,900+, Trade Leads: 114,300+, Products: 39,400+, Contacts / Replies: 540,400+
There are currently **1261** users online browsing our B2B network. 19:10 GMT, Wednesday, January 2, 2008
Privacy Policy
All Trade Leads / Offers / Products / Company Profiles / Images and other user-posted contents are posted by the user and Europe.Bloombiz.com
and TradeHolding.com B2B Network shall not be held liable for any such content. However, TradeHolding.com B2B Network respects the intellectual
property, copyright, trademark, trade secret or any other personal or proprietary third party rights and expects the same from others. For concerns,
please contact us.

# EXHIBIT

# "H"

