# SKOUFALOS AFFIDAVIT
# MAY 21, 2008
# EXHIBIT H

Home | Sign In | Join Free | TradeManager | Help | Translate this page | Search all suppliers

**Alibaba.com**
Global trade starts here.™

For Buyers  For Sellers  My Alibaba  Community  News

Products  Selling Leads  Suppliers  Buyers  Trade Shows

[ Select Country/Region ]  In All Categories  [ Search ]  More search options

Home > Buy > Agriculture > Plant Seeds > Sesame Seeds

# Sesame Seeds

No photo

Place of origin: Nigeria
Model No: 2007-2008
Fob Price: FOB Lagos USD 1650~1800
Port: Lagos
Payment Terms: L/C
Minimum Order Quantity: 200 Metric Ton
Supply Ability: 200 Metric Ton per Month
Package: 50 Kg in New Poly Propylene Bags
Delivery Time: 30 days
Brand Name: MILAN

Company Info
Milan Nigeria Limited [NG]

Showroom Entrance

All Products of this Supplier

Contact Details

Offline  [ Contact Now ]

« Prev  | 1 |  Next »

---

**Features Specifications: Sesame Seeds**

Sir,
This has reference to your requirement of Sesame Seeds posted in B2B portal of e- alliance trading.
We are pleased to offer 200MTs + or - 5% of Sesame Seeds on the following terms & conditions:
Commodity: Sesame Seeds
Crop: 2007-8
Origin: Nigeria
Quality: Crushing Grade
Specifications:
Oil Content:    50% Minimum
Purity:         98%
FFA:            2% Maximum
Moisture:       7% Maximum
Packaging: In new polypropylene bags of 50Kg net weight, 18MTs (360 bags) minimum per Container.
Price: US$ 1650 PMT FOB Lagos /Nigeria
Total Amount: US$ 330,000 +/- 5%
Shipment: Within 30 days from the date of communication of acceptance of Letter of Credit by the Seller. (March/April Shipment)
Inspection: By SGS or equivalent at the load port at the time of shipment. Certificate of quality & quantity issued by such inspection agency at load port shall be treated as final & binding.
Payment: By irrevocable documentary letter of credit from a prime bank payable 100% at sight at Sellers' Bank Counters against presentation of shipping documents
Sellers' Bank: SKYE BANK PLC, Victoria Island, Lagos
Conti-Agro USD Account - 1362520003694
This offer is valid for acceptance till 29 February, 2008. If accepted the letter of credit should reach Sellers' Bank within 10days from the date of acceptance of the offer.
Regards,
Ajit
Head Exports - Milan Group.

**Business Card**

Milan Nigeria Limited [NG]                       Offline

Online Postings: Products , Selling Leads        [ Contact Now ]

Showroom Entrance                                Contact Details

---



Home | Sign In | Join Now | TradeManager | Translate this page | Search all suppliers

For Buyers    For Sellers    Community    My Alibaba    Help

Alibaba.com
Free Member

**Conti Agro Nigeria Limited**

| Home | Products | Selling Leads | TrustPass Profile | About Us | Contacts |

search our products  Sub

Conti Agro Nigeria Limited is an Export Company operating under flagship company Milan Nigeria Limited and exports agro produce solid minerals, forestry, fruits & vegetables etc.

Company Profile
Trade Show

Read more

**Contact Us**

Conti Agro Nigeria Limited
[Nigeria]

**Street Address :** 243, Kofo Abayomi Street

**City :** Victoria Island

**Province/State :** Lagos

**Country/Region :** Nigeria

Offline

View Contact Details

Offline

**Company Profile**                                                                 More

**Basic Information**

| | |
|---|---|
| Company Name: | Conti Agro Nigeria Limited |
| Business Type: | Manufacturer, Trading Company |
| Product/Service: | Raw Cashew Nuts In Shell, Sesame Seeds, Dried & Split Ginger, Cocoa Beans, Gum Arabic Grade 1 & 2 |
| Number of Employees: | 501 - 1000 People |

**Trade & Market**

| | |
|---|---|
| Main Markets: | North America<br>South America<br>Eastern Europe<br>Southeast Asia<br>Africa<br>Oceania<br>Mid East<br>Eastern Asia<br>Western Europe |
| Main Customers: | Cadbury, Amul India |
| Total Annual Sales Volume: | Above US$100 Million |
| Export Percentage: | 71% - 80% |
| Total Annual Purchase Volume: | Above US$100 Million |

**Factory Information**

| | |
|---|---|
| Factory Size (Sq.meters): | 1,000-3,000 square meters |
| Factory Location: | Illupeju, Lagos |
| QA/QC: | In House |
| Number of Production Lines: | 4 |
| Number of R&D Staff: | Less than 5 People |
| Number of QC Staff: | Less than 5 People |
| Contract Manufacturing: | Buyer Label Offered |

Send a message directly to this member

Offline

# SKOUFALOS AFFIDAVIT

# MAY 21, 2008

# EXHIBIT I



# SKOUFALOS AFFIDAVIT
# MAY 21, 2008
# EXHIBIT J

```
!wTELiX 7.08 ** Message printout ** Printed:05/06/07 09:47:14 by:nk

!F IIM 0A0C1-00 0406 2015              UNKNOWN              +            +++
|==========================================================================
|FROM: "Ramesh Valechha" <rameshvalechha@milangrp.com>
|DATE: Mon, 4 Jun 2007 18:02:55 +0100
|SUBJECT: Re: LgINT Message (REF:0709ZJW )
```

Dear Sirs

The delayed payment of the freight is regretted. It was due to oversight. Our bankers have confirmed the full payemnt of outstanding freight having been paid in to your bank account.

Regarding the Demurrage, we are still working on the calculations. The delay is caused by huge holidays in Nigeria due to the National Election and the New Government taking over. Most of businesses were shut and skeleton services were going on during this period.

We are informed by the broker Ms Abacuss Shipping that they are in communication with you for the commercial agreement on the pending matters. If this is so, then please let us have your confirmation so that the expenses on the legal fees are not incurred by both the parties.

We however reserve our right to appoint the arbitrator, should you go ahead with the intention of appointing arbitrator and shall nominate our arbitrator in due course.

Thank You


For and on behalf of Sundesons


----- Original Message -----
From: Frontline Maritime Ltd
To: undisclosed-recipients:
Sent: Monday, June 04, 2007 1:20 PM
Subject: LgINT Message (REF:0709ZJW )


TELiX MSG: 09ZJW 04/06/07 15:20



        FRONTLINE MAR. LTD  ATHENS - GREECE

        TEL 0030210-8089005(6 LINES)-FAX 0030210-8014718
        E-MAIL: FRONTLINE@INTERNET.GR
        ================================



        T O P    U R G E N T    =    WITHOUT   PREJUDICE   TO   D.OWS   RIGHTS.
        ====================================================================


    SUBJECT :  MV   AL   MUHIEDDINE   -   CLAIM    AGAINST    SUNDERSONS   NIGERIA
                                          AND    MILAN  GROUP / MILAN   NIGERIA

FOR    UN  PAID   BALANCE   OF   FREIGHT   AND   FOR   UN  PAID   DEMURRAGES
LONG   TIME    OVER    D U E     ''  ( STILL   UN   PAID  '')

RE C/P DD. 08/11/2006  ACCNT SUNDERSONS
===========================================================

FYI FOLL FROM DISPONENT OWNERS '' MESSRS TUDOR SHIPPING CO

QUOTE
------

T O P   U R G E N T  =  WITHOUT PREJUDICE TO D.OWS RIGHTS '
------------------------------------------------------------

TO '' MESSRS SUNDERSONS NIGERIA / MILAN GROUP / MILAN NIGERIA ''
------------------------------------------------------------

C.C. TO D.OWS P + I CLUB // F D + D - LEGAL DEPT
------------------------------------------------

REF MV AL MUHIEDDINE - CLAIM AGAINST SUNDERSONS NIGERIA
                      AND MILAN GROUP / MILAN NIGERIA .-
             C/P DATED : 08 NOVEMBER 2006 ''
------------------------------------------------------------

Dear Sirs,

Further to our telephone conversation of today we write to confirm that US$ 48,840 sent to us via Simran Meher Limited has been credited to our account.

Please be advised that this payment is a payment on account and we maintain our claim for the balance due of US$ 166,502.32 with interest for late payment and legal fees.

In the meantime the arbitration process continues and we accordingly look forward to notification of the appointment of your arbitrator as per the terms of the charterparty.

B Regards

Tudor Shipping Company

===========
> Unquote
-----------

```
   Best regards


   ++++++++++++
|
|CHAR_SET:
|=== MESSAGE ADDRESSEES
|To: Frontline Maritime Ltd <frontline@internet.gr>;
|
|Cc: ;
|    operations <operations@sundersons.com>,George
|    <CHARTERING@ABACUSSHIPPING.COM>,Vikram Valecha
|    <vikramvalechha@milannigeria.com>,<Rajeshvalechha@milannigeria.com>
|=== MESSAGE INFORMATION: [size: 13988 bytes] [O] [M]
|ATTACH   B HTM         FN=-                                      A    7 KB 7     2
|=== END
|=====================================================================
```