# SKOUFALOS AFFIDAVIT

# MAY 21, 2008

# EXHIBIT K

TOP URGENT

KIND ATTN OF MRS. MARIA GERAKARI
------------------------------------------

REF OUR MV AL MUHIEDDINE / LAST FIXTURE CP ACCNT SUNDERSONS

D.OWNERS CLAIM AGAINST SUNDERSONS NIGERIA CLAIM FOR UNPAID
BALANCE OF FREIGHT D U E   AND FOR UNPAID DEMURRAGES D U E
WHICH BOTH ABOVE LONG TIME OVER D U E  ( STILL REMAINING
UNPAID )

HEREBELOW PASSING TO YOU FROM OUR / D.OWS COMPUTER FILES THE FOLL MESSAGE WITH
ATTACHEMENT LETTER WE RECEIVED FOR ANOTHER VSL ( THE MV SYRIA STAR ) WE HAVE
FIXED AS BROKERS ACCOUNT
SUNDERSONS NIGERIA AND THE CONTENTS OF SAME IS SELF
EXPLANATORY
SHOWING CLEARLY THE RELATION OF SUNDERSONS NIGERIA
WITH MILAN GROUP NIGERIA I.E. YOU CAN EASILY SEE / UNDERSTAND
FM CONTENTS THAT SUNDERSONS NIGERIA THAT SAID COMPANY
IS ARM OF THE MILAN GROUP ( I.E. AFFILIATED - SISTER COMPANY )
PLS SEE HEREBELOW / HEREWITH ATTACHED MESSAGE WITH AN
ATTACHEMENT.

BST REGARDS

QUOTE

From: capt mohamad [mailto:aliman.s@scs-net.org]

Sent: Thursday, February 22, 2007 3:48 AM

To: operation

Cc: 'SYRIA STAR'; 'Chrysanthou Maritime Services Ltd'

Subject: Re: m/v syria star / account  sundersons


dear mr christos


with regards to below matter, please advice charters to cover this amount, and supply the vessel with 100 mt of fw at lagos.


thanks + brgds

mohamad esmaeil

----- Original Message -----

From: operation <mailto:operations@milannigeria.com>

To: 'Reem Maritime <mailto:aliman.s@scs-net.org>  LTD'

Cc: 'SYRIA <mailto:J8B3493@globeemail.com>  STAR' ; 'Chrysanthou Maritime Services Ltd' <mailto:services@chrysanthou-maritime.com>

Sent: Wednesday, February 21, 2007 12:36 AM

Subject: RE: m/v syria star


Please note the charges of supplying FW to MV Syrian Star.


USD 8 per ton      :        100 mt :       800 dollars


Kindly advise master to give this sum to enable us to arrange the Fresh Water.

Regards
Dhanesh Nair


M

SUNDERSONS


MILAN GROUP


Head Office: 243B, Kafo Abayomi Street,
Victoria Island, Lagos.
Operations Office : Plot G-2,
Mashood Abiyola Way, Iganmu, Lagos
Cell : 00234 8035354407, 00234 1 7764595 Tel:-01-5801400, 4002-5,
Fax:-01-5801401
Email:  <mailto:operations@sundersons.com> operations@sundersons.com,
<mailto:operations@milannigeria.com> operations@milannigeria.com



-----Original Message-----
From: Reem Maritime LTD [mailto:aliman.s@scs-net.org]
Sent: Monday, February 19, 2007 3:16 PM
To: operation
Cc: SYRIA STAR; Chrysanthou Maritime Services Ltd
Subject: m/v syria star



dear peter



please supply m/v syria star with 100 mt of fw



REEM MARITIME LTD
4 ASI ALRAHBANI STRE
ALHAWWOZ ZONE
TARTOUS - SYRIA
P.O.BOX 397

TEL : +96343215562/3
FAX : +96343221848
E-MAIL: aliman.s@scs-net.org

# SKOUFALOS AFFIDAVIT

# MAY 21, 2008

# EXHIBIT L



Decide with Confidence

# D&B® Family Tree
# SIMRAN MEHER LTD (GIBRALTAR, GIBRALTAR)

## May 20, 2008

## Table of Contents

Family Tree...................................................................................................................................3
Companies...................................................................................................................................4
SIC Index......................................................................................................................................5
Geographical Index......................................................................................................................6

Copyright © 2008, Dun & Bradstreet, Inc. All rights reserved.

## Family tree

VALECHHA HOLDINGS LTD (GIBRALTAR, GIBRALTAR)
   SIMRAN MEHER LTD (GIBRALTAR, GIBRALTAR)

Copyright © 2008, Dun & Bradstreet, Inc. All rights reserved.

## Companies

### VALECHHA HOLDINGS LTD

D-U-N-S ® : 535175723

**Address:** Suites 7B & 8B, 50 Town Range
**Location Status:** Headquarter/Parent
**Primary SIC:** 6719 - Investment holding company

**City, State:** GIBRALTAR,
**Country:** GIBRALTAR

### SIMRAN MEHER LTD

D-U-N-S ® : 535175715

**Address:** Suites 7B & 8B, 50 Town Range
**Location Status:** Single Location
**Primary SIC:** 5099 - wholesaler of durable goods

**City, State:** GIBRALTAR,
**Country:** GIBRALTAR

Copyright © 2008, Dun & Bradstreet, Inc. All rights reserved.

## SIC Index

5099 - wholesaler of durable goods
SIMRAN MEHER LTD (GIBRALTAR, GIBRALTAR)

6719 - Investment holding company
VALECHHA HOLDINGS LTD (GIBRALTAR, GIBRALTAR)

Copyright © 2008, Dun & Bradstreet, Inc. All rights reserved.

## Geographical Index

GIBRALTAR
   SIMRAN MEHER LTD (GIBRALTAR)
   VALECHHA HOLDINGS LTD (GIBRALTAR)

Copyright © 2008, Dun & Bradstreet, Inc. All rights reserved.

# SKOUFALOS AFFIDAVIT

# MAY 21, 2008

# EXHIBIT M



References

| | | | | |
|---|---|---|---|---|
| Customer name: | ICC Information Limited | **Status** | | |
| | | Date: | 20/12/2006 |
| Our ref: | 33480 | Speed: | Flash |
| | | Report: | Final |

## IDENTIFICATION

**Given**

Subject Name: Sundersons Ltd
Address: Lagos
Country: Nigeria

**Verified**

Subject Name: SUNDERSONS LTD
Address: 52a Kofo Abayomi Street
Victoria Island
Town: Lagos
Country: Nigeria
Telephone: +234 (1) 4619702 / 3
Fax: +234 (1) 2614290
Email: info@milannigeria.com
Website: www.milannigeria.com

## EXECUTIVE SUMMARY

Date established: 1990
Legal form: Private Limited Liability Company
Sales Turnover: USD 250,000,000 (Consolidated 12 months, 31/12/2005)
Main activities: Forwarding and transportation services.
Employees: 45 (Subject); over 2,000 (Group)

## CREDIT RISK RATING

**Risk Rating**    As at 21.12.2006    **Analysis**

Excellent
Good
**Satisfactory**
Passable
Poor
No classification

- Organisational structure is stable
- Management is reasonably experienced
- No detrimental records found
- Financial performance is good
- Operational trend is steady
- No payment delays noted

**Interpretation**    Moderate financial and operational base. Small credits can be considered with some confidence that commitments can be met under normal circumstances. A cautious credit control policy applies.

95

Credit Limit            Recommended Limit:        EUR 100,000

# REGISTRY DATA

Key Facts
Date established:    1990
Legal form:         Private Limited Liability Company
Registry status:    Live/Active

# LEGAL FILINGS

Bankruptcy Filings:    None
Court Judgements:      None
Tax Liens:            None
Other:               None

# MANAGEMENT & STAFF

Key Managers
Name:        Dhanesh Nair
Job Title:   Subject's General Manager

Name:        Krishna Kumar
Job Title:   Group General Manager - Marketing & Technical

Name:        Mr.Amobi Ogudu
Job Title:   Head - Legal & Administration

Name:        Sandeep Garg
Job Title:   Financial Manager

Key Advisors
Auditor:     Dayo Omotosho
             Head - Internal Audit & Accounts

Staff
No of employees    45 (Subject); over 2,000 (Group)

# BOARD OF DIRECTORS

Appointments
Name:            Alhaji Suleiman Haruna
Board function:  Director

Name:            Krishna Kumar
Board function:  Group General Manager - Marketing & Technical

Name:            Rajesh Valecha
Board function:  Group Managing Director
Address:         Nigeria

Name:            Ramesh S.Valecha
Board function:  Group Chairman

**96**

Address:        Nigeria

Name:           Vikram Valecha
Board function: Group General Manager
Address:        Nigeria

## SHAREHOLDERS/OWNERS

How Listed          Full List

Composition
Name:           MILAN NIGERIA LTD
% of shares:    100
Address:        243, Kofo Abayomi Street
                Victoria Island
                Lagos
                Nigeria
                +234 (1) 4619702 / 3
                +234 (1) 2614290
                info@milannigeria.com
                www.milannigeria.com

## CORPORATE AFFILIATIONS

Structure
Name:           MILAN NIGERIA LTD
Affiliation type: Parent Company
Address:        243, Kofo Abayomi Street
                Victoria Island
                Lagos
                Nigeria
                +234 (1) 4619702 / 3
                +234 (1) 2614290
                info@milannigeria.com
                www.milannigeria.com

Name:           CONTI AGRO NIGERIA LIMITED
Affiliation type: Associate
Address:        Nigeria

Name:           MEDITARION NIGERIA LIMITED
Affiliation type: Associate
Address:        Nigeria

Name:           METRO HOTELS
Affiliation type: Associate
Address:        Nigeria

Name:           MILAN INDUSTRIES LIMITED
Affiliation type: Associate
Address:        Nigeria

Comments        MILAN GROUP and its associate companies now cover a wide range of
                Products with interest in Shipping, Transport, Hotel, Import and Real Estate.

97

## BANKING & FINANCING

**Bankers**

| | |
|---|---|
| Bank name: | UNION BANK OF NIGERIA PLC |
| Address: | Nigeria |
| Relationship type: | Current Account |

**Comments**    It is generally not the policy of local banks to provide credit status information to non-bona fide applications, and interested parties would be advised to consult first with the Subject if banker's references are required.

## FINANCIAL ACCOUNTS

**Description**

| | |
|---|---|
| Required to file: | No |
| Source: | Industry Sources |
| Presentation: | Key figures provided below |
| Date of accounts: | 31-12-2005 |
| Type of accounts: | Estimated key figures |
| Currency: | US Dollar (USD) |

**Summarised**

| | |
|---|---|
| Consolidation: | 31-12-2005 |
| | Group Consolidated |
| Period: | 12 months |
| Sales Turnover: | 250,000,000 |

## OPERATIONS & HISTORY

**Activities**

Full description:    The Subject provides forwarding and transportation services also for the group purposes.

MILAN GROUP distributes about 300,000 tons of Parboiled rice into Nigeria . In a year, approximately 500,000 MT of cargoes comprising rice, sugar and fertilizers are handled. The company also handle 2,400 TU's carrying cube sugar, tyres and cars.

**Purchases**

Import:    Europe.

**Sales**

Export:    Neighbouring countries.

## PROPERTY & ASSETS

**Premises**

The Subject operates from premises located at the heading address, consisting of administrative offices, warehouse space.

# PAYMENTS

**Purchase Terms**
Local:    Cash
Credits 14-30 days
Imports:    L/Cs
Credits 30 days net

**Sales Terms**
Local:    Cash
Credits 14-30 days
Exports:    L/Cs
Credits 30 days net

**Payment Experience**
Payment Behaviour:    As trade references were not supplied, the Subject's payment track record history CANNOT BE ACCURATELY DETERMINED, but payments are believed to be PROMPT.

# INVESTIGATIVE NOTES

Sources:    Interviews and material provided by the Subject
Other official and local business sources

99

# SKOUFALOS AFFIDAVIT

# MAY 21, 2008

# EXHIBIT N



| References | | Status | |
|---|---|---|---|
| Customer name: | ICC Information Limited | Date: | 20/12/2006 |
| | | Speed: | Flash |
| Our ref: | 33479 | Report: | Final |

## IDENTIFICATION

**Given**

| | |
|---|---|
| Subject Name: | Milan Nigeria Ltd |
| Address: | 52a Kofo Abayomi Street |
| | Victoria Island |
| | Lagos |
| | |
| Country: | Nigeria |

**Verified**

| | |
|---|---|
| Subject Name: | Milan Nigeria Ltd |
| Address: | 243, Kofo Abayomi Street |
| | Victoria Island |
| Town: | Lagos |
| Country: | Nigeria |
| Telephone: | +234 (1) 4619702 / 2626339 - 42 |
| Fax: | +234 (1) 2614290 |
| Email: | info@milannigeria.com |
| Website: | www.milannigeria.com |

## EXECUTIVE SUMMARY

| | |
|---|---|
| Date established: | 1981 |
| Legal form: | Private Limited Liability Company |
| Authorised Capital: | N/A |
| Sales Turnover: | USD 250,000,000 (12 months, 31/12/2006) |
| Main activities: | General food trader. |
| Employees: | 1,000 |

## CREDIT RISK RATING

**Risk Rating**   **As at 21.12.2006**   **Analysis**



Excellent
Good
**Satisfactory**
Passable
Poor
No classification

- Organisational structure is stable
- Management is reasonably experienced
- No detrimental records found
- Financial performance is excellent
- Operational trend is steady
- No payment delays noted

**100**

| Interpretation | Moderate financial and operational base. Small credits can be considered with some confidence that commitments can be met under normal circumstances. A cautious credit control policy applies. |
|---|---|
| Credit Limit | Recommended Limit:    EUR 200,000 |

## REGISTRY DATA

**Key Facts**

| Date established: | 1981 |
|---|---|
| Legal form: | Private Limited Liability Company |
| Registration no: | RC 43724 |
| Registry status: | Live/Active |

## LEGAL FILINGS

| Bankruptcy Filings: | None |
|---|---|
| Court Judgements: | None |
| Tax Liens: | None |
| Other: | None |

## MANAGEMENT & STAFF

**Key Managers**

| Name: | Krishna Kumar |
|---|---|
| Job Title: | Group General Manager - Marketing & Technical |

| Name: | Mr.Amobi Ogudu |
|---|---|
| Job Title: | Head - Legal & Administration |

| Name: | Rajesh Valecha |
|---|---|
| Job Title: | Group Managing Director |

| Name: | Sandeep Garg |
|---|---|
| Job Title: | Financial Manager |

| Name: | Vikram Valecha |
|---|---|
| Job Title: | Group General Manager |

**Key Advisors**

| Auditor: | Dayo Omotosho |
|---|---|
| | Head - Internal Audit & Accounts |

**Staff**

| No of employees | 1,000 |
|---|---|

## BOARD OF DIRECTORS

**Appointments**

| Name: | Ramesh S.Valecha |
|---|---|
| Board function: | Chairman |
| Address: | Nigeria |

101

| | |
|---|---|
| Name: | Rajesh Valecha |
| Board function: | Group Managing Director |
| Address: | Nigeria |

| | |
|---|---|
| Name: | Vikram Valecha |
| Board function: | Group General Manager |
| Address: | Nigeria |

| | |
|---|---|
| Name: | Alhaji Suleiman Haruna |
| Board function: | Director |
| Address: | Nigeria |

| | |
|---|---|
| Name: | Krishna Kumar |
| Board function: | Group General Manager - Marketing & Technical |
| Address: | Nigeria |

## SHARE CAPITAL

| | | |
|---|---|---|
| Composition | | |
| | Authorised: | N/A |

## SHAREHOLDERS/OWNERS

**How Listed**    Major Shareholders Only

**Composition**

| | |
|---|---|
| Name: | Vikram Valecha |
| Address: | Nigeria |

| | |
|---|---|
| Name: | Ramesh S.Valecha |
| Address: | Nigeria |

| | |
|---|---|
| Name: | Rajesh Valecha |
| Address: | Nigeria |

## CORPORATE AFFILIATIONS

**Structure**

| | |
|---|---|
| Name: | SUNDERSONS LTD |
| Affiliation type: | Subsidiary |
| Address: | Nigeria |

| | |
|---|---|
| Name: | CONTI AGRO NIGERIA LIMITED |
| Affiliation type: | Associate |
| Address: | Nigeria |

| | |
|---|---|
| Name: | MEDITARION NIGERIA LIMITED |
| Affiliation type: | Associate |
| Address: | Nigeria |

| | |
|---|---|
| Name: | MEDITARION NIGERIA LIMITED |
| Affiliation type: | Associate |
| Address: | Nigeria |

| | |
|---|---|
| Name: | METRO HOTELS |

Affiliation type: Associate
Address: Nigeria

Comments  MILAN GROUP and its associate companies now cover a wide range of Products with interest in Shipping, Transport, Hotel, Import and Real Estate.

## BANKING & FINANCING

**Bankers**
Bank name: UNION BANK OF NIGERIA PLC
Address: Nigeria
Relationship type: Current Account

Comments  It is generally not the policy of local banks to provide credit status information to non-bona fide applications, and interested parties would be advised to consult first with the Subject if banker's references are required.

## FINANCIAL ACCOUNTS

**Description**
Required to file: No
Source: Industry Sources
Presentation: Key figures provided below
Date of accounts: 31-12-2006
Type of accounts: Estimated key figures
Currency: US Dollar (USD)

**Summarised**

| | |
|---|---|
| Period: | 31-12-2006 |
| | 12 months |
| Sales Turnover: | 250,000,000 |

## OPERATIONS & HISTORY

**Activities**
Full description: The Subject is engaged in sugar, rice, fertilisers, cars and tyres import and distribution. The company provides also freight forwarding, shipping and logistics services. The Subject operates also a 361 room deluxe Hotel.
Products/services: MILAN distributes about 300,000 tons of parboiled rice into Nigeria . In a year, approximately 500,000 MT of cargoes comprising rice, sugar and fertilizers are handled. The company also handles 2,400 TU's carrying cube sugar, tyres and cars.
Brands: MILAN PRIDE, MILAN GOLD, TOMATO UNIQUE, RICE STAR, SUNRICE & CRYSTAL

## PROPERTY & ASSETS

**Premises**  The Subject operates from premises located at the heading address, consisting of administrative offices, warehouse space and harbour facilities.

**103**

## PAYMENTS

**Purchase Terms**

| Local: | Cash |
| | Credits 14-30 days |
| Imports: | L/Cs |
| | Credits 30 days net |

**Sales Terms**

| Local: | Cash |
| | Credits 14-30 days |
| Exports: | L/Cs |
| | Credits 30 days net |

**Payment Experience**

Payment Behaviour:   As trade references were not supplied, the Subject's payment track record history CANNOT BE ACCURATELY DETERMINED, but payments are believed to be PROMPT.

## INVESTIGATIVE NOTES

Sources:   Interviews and material provided by the Subject
Other official and local business sources

**104**