```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
JALAPA SHIPPING, Ltd., et al,        :     07 Civ. 08715 (RJH)
:
            Plaintiff,               :
:
    -against-                        :     **ORDER**
:
SUNDERSON, Ltd., et al,              :
:
            Defendant.               :
:
------------------------------------------------------------x

The maritime hearing scheduled for June 23, 2008 is rescheduled to

July 08, 2007, at 12:00 p.m., in the courtroom of the Honorable Richard J. Holwell,

Courtroom 17B, 500 Pearl Street, New York, New York 10007.


Dated: New York, New York
June 17, 2008
SO ORDERED:

_____
Richard J. Holwell
United States District Judge