UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

JALAPA SHIPPING LIMITED,

                Plaintiff,

-against-

SUNDERSONS LTD. et al.,

                Defendants.

07 Civ. 8715 (RJH)

**ORDER**

For the reasons stated on the record at a hearing held on July 8, 2008, the Court denies defendants' motion to vacate **[18]** the Court's February 13, 2008 Order for Process of Maritime Attachment.

SO ORDERED.

Dated: New York, New York
         July 8, 2008

                                                    Richard J. Holwell
                                                   United States District Judge